# BARTON

**Maurice N. Ross**
**Direct Dial: 212-885-8845**
mross@bartonesq.com

ATTORNEYS AT LAW

July 30, 2018

Graybar Building
420 Lexington Avenue
New York, NY 10170

(212) 687.6262   Office
(212) 687.3667   Fax

**BY ECF AND HAND DELIVERY**

bartonesq.com

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Dish Network LLC v. Goyal Group Inc., et al.*
       No. 18 Civ. 3857 (ENV)(PK)

Dear Judge Vitaliano,

  We represent Defendants Goyal Group Inc. and Chandra Goyal (the "Goyal Defendants") in the above-referenced matter. Counsel for the Plaintiff has agreed that the time for the Goyal Defendants to answer or otherwise plead as to the Complaint may be extended from July 30, 2018 to August 13, 2018. We request this extension because we were only recently retained by the Goyal Defendants and require a modest extension to complete our investigation of the facts pertaining to this matter. This is the first request for the extension of this deadline.

  Accordingly, we respectfully request that the Court grant our request for a 14-day extension of this deadline. We thank Your Honor for the Court's attention to this matter.

                Respectfully submitted,

                Maurice N. Ross

CC: All counsel of record via ECF