# EXHIBIT 1

SonamSangpo

89-14 34th. Ave. Apt. 1E

Jackson Heights NY 11372

Ph. 646-541-0022

---

July 18, 2018

Gentlemen,

Re: Summon and Complain received with Index Number 18-CV-3857 dated: 07-09-18

My name is Sonam Sangpoo. I am in receipt of summons & complain naming me in civil court action with Index number 18-CV-3857. I must state that I was never an owner/partner and executive officer of company "ABC 1 NYC Inc." as interpreted in the received complaint. Infect at one time,I worked as a small employee for this company. I never bought and/or traded any Shava TV unit as claimed in this lawsuit. I just recently started my new retail business approximately 7 months ago and bought the left over inventory in bulk from the owner of company "ABC 1 NYC Inc.". My company is very new and I am a very small retailer, who has always worked for others& somehow started my own business just few months ago. I would like to inform you that I just bought the left overinventory from "ABC 1" andnot any of their business and unknowingly one said unit passed over to me with that inventory which I had no clue about. I am a very small and new business entrepreneur who just makes the day to day living by running this business and really have no money to hire an attorney and proceed further with this case.

In view of above, I would humbly request you to kindly withdraw this case against me. Whatever the claim you have about the said unit is with company "ABC 1 NYC" and it's owner with whom I have no relationship at this present time.

I would like togive you my full assurance in writing, that I have not and will never sell any Shava TV units.

Please feel free to call/write me, If you have questions or need more information.

Thanking you with best regards.

Sincerely Yours,

*SonamSangpo*

Phone: 646-541-0022

# EXHIBIT 2

# Skarzynski | Black

Skarzynski Black LLC
One Battery Park Plaza, 32nd Floor
New York NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**James Sandnes, Esq.**
Direct No.: (212) 820-7760
jsandnes@skarzynski.com

July 26, 2018

**VIA OVERNIGHT MAIL and FIRST-CLASS MAIL**

Sonam Sangpo
89-14 34th Ave., Apt. 1E
Jackson Heights, NY 11372

Re:   *Dish Network L.L.C. v. Goyal Group Inc., et al.*, Case No. 18-cv-3857,
United States District Court for the Eastern District of New York

Dear Ms. Sangpo:

We are in receipt of your letter dated July 18, 2018.

First, I wish to advise you that to the extent your letter is an offer to resolve the dispute, the proper person for you to contact is my co-counsel, Stephen Ferguson, of the firm Hagan Noll & Boyle LLC located at Two Memorial City Plaza, 820 Gessner, Suite 940, Houston, Texas 77024, Telephone No. (713) 343-0478. His email address is: Stephen.Ferguson@hnbllc.com.

Second, in order to respond to the Summons and Complaint, you are required to file papers with the Court, not merely write to me as counsel. Your letter is not a sufficient legal response, but I cannot give you advice on how to respond to the Complaint properly. I urge you to obtain your own legal counsel *promptly* to assist you in doing so. If you need a recommendation for a lawyer, you may wish to contact the bar associations in Queens or Brooklyn or the New York State Bar Association, all of which offer attorney referral services.

If you are unable or unwilling to obtain such counsel, you may wish to seek guidance from the Court's "*pro se*" office, which deals with parties to lawsuits who do not have lawyers. That office can point you to forms and resources to help you represent yourself. Their website is www.nyed.uscourts.gov/self-representation. The Court's *pro se* office is at:

Sonam Sangpo
July 26, 2018
Page 2

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Tel: (718) 613-2665

Please note that there are deadlines imposed by federal law by which you must respond to the Complaint, so you should not delay.

Very truly yours,

*James Sandnes*

cc: Stephen M. Ferguson, Esq.
(*via email* Stephen.Ferguson@hnbllc.com)

4844-2876-7086, v. 1

# EXHIBIT 3

## Possible People Information

### Person Overview

SONAM SANGPO

8914 34TH AVE APT 1E

JACKSON HEIGHTS, NY 11372-3531   QUEENS County

SSN:

▇▇-XXXX - issued in NY in 2004-2006

DOB:

▇▇/1973 (Age: 44)



### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| ▇▇/1973 | Peop e Househo d |

### SSN Summary

| SSN | Source |
|---|---|
| ▇▇-XXXX - issued in NY in 2004-2006 | |

### Addresses

| Address |
|---|
| 8914 34TH AVE APT 1E, JACKSON HEIGHTS, NY 11372-3531 \| QUEENS County<br>*Reported 01/01/2012 - 02/28/2014*<br>By People Household 01/01/2012 - 02/28/2014     Peop e Househo d |

## Possible Adverse Information

### Risk Flags Analysis

### List of Possible Risk Flags

| Risk Flags Name | Yes/No |
|---|---|
| Bankruptcy | No |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

# EXHIBIT 4



Department of Defense Manpower Data Center

Results as of : Aug-08-2018 09:51:07 AM

SCRA 4.6

## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | |
| Birth Date: | ■-XX-1973 |
| Last Name: | SANGPO |
| First Name: | SONAM |
| Middle Name: | |
| Status As Of: | Aug-08-2018 |
| Certificate ID: | GJDXQ4WK54DGRG7 |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.