UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
DISH NETWORK L.L.C.                              :    Case No. 18-cv-3857
:
       Plaintiff,                                :    **REQUEST FOR CERTIFICATE OF**
:    **DEFAULT AGAINST RANA**
       v.                                        :    **TECHNOLOGY INC. AND**
:    **MOHAMMAD RANA**
GOYAL GROUP INC. and CHANDRA     :
GOYAL d/b/a Goyal Group, RANA          :
TECHNOLOGY INC. and MOHAMMAD :
RANA d/b/a Family Phone, ABC 1 NYC  :
INC. and SONAM SANGPO d/b/a ABC   :
Wireless NYC,                                         :
:
       Defendants.                            :
------------------------------------------------------x

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, Plaintiff DISH Network L.L.C. respectfully requests that the Clerk issue a certificate of default against Defendants Rana Technology Inc. and Mohammad Rana for failure to plead or otherwise defend the above-captioned action as fully appears from the Court file herein and from the attached Declaration of Stephen M. Ferguson.

Dated:  August 31, 2018

                                                      Respectfully submitted,

                                                      /s/ Stephen M. Ferguson
                                                      Stephen M. Ferguson (*pro hac vice*)
                                                      stephen.ferguson@hnbllc.com
                                                      Joseph H. Boyle (*pro hac vice*)
                                                      joe.boyle@hnbllc.com
                                                      **HAGAN NOLL & BOYLE, LLC**
                                                      Two Memorial City Plaza
                                                      820 Gessner, Suite 940
                                                      Houston, Texas 77024
                                                      Telephone:  (713) 343-0478
                                                      Facsimile:  (713) 758-0146

                                                      James T. Sandnes
                                                      jsandnes@skarzynski.com
                                                      **SKARZYNSKI, BLACK, LLC**
                                                      One Battery Park Plaza, 32nd Floor

New York, NY 10004
Telephone: (212) 820-7700
Facsimile: (212) 820-7740

Attorneys for Plaintiff DISH Network L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, a true and correct copy of Plaintiff's Request for Certificate of Default Against Rana Technology Inc. and Mohammad Rana, Declaration in Support of Request for Certificate of Default Against Rana Technology Inc. and Mohammad Rana (with Exhibits 1-3), and Proposed Certificate of Default Against Rana Technology Inc. and Mohammad Rana were served by placing the documents in sealed envelopes with postage thereon fully prepaid and then deposited the envelopes with the United States Postal Service (Certified Mail, Return Receipt Requested), addressed to the following non-CM/ECF participants:

Mohammad Rana
Rana Technology Inc.
70-62 Broadway
Jackson Heights, NY 11372

Rana Technology Inc.
c/o Madhureema Gupta
Law Offices of Madhureema Gupta
37-52 72nd Street, First Floor
Jackson Heights, NY 11372

/s/ Stephen M. Ferguson
Stephen M. Ferguson (*pro hac vice*)
**HAGAN NOLL & BOYLE, LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146