| PROPOSED DISCOVERY PLAN | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requests made: | | | |
|     a. Medical records authorization | | X | |
|     b. Section 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
|     d. Proposed Stipulation of Confidentiality | X | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | X | | 8/3/2018 |
| 2. Defendant to make settlement offer | | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. Settlement Conference | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | X | | 11/26/2018 |
| 2. Initial documents requests and interrogatories | X | | 10/15/2018 |
| 3. All fact discovery to be completed (including disclosure of medical records) | X | | 4/5/2019 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | X | | 4/12/2019 |
| 5. Expert discovery (only if needed)     *Check here if not applicable* ☐ | | | |

Rev. 8-10-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| | Plaintiff expert proposed field of expertise: | Technical Analysis & Monitoring of Shava TV | | |
| | Defendant expert proposed field of expertise: | Technical Expert On The Nature and Scope of Non-Infringing Uses of the Shava Boxes | | |
| a. | Case-in-chief expert report due | X | | 5/3/2019 |
| b. | Rebuttal expert report due | X | | 5/31/2019 |
| c. | Depositions of experts to be completed | X | | 6/14/2019 |
| 6. | Completion of ALL DISCOVERY | X | | 6/14/2019 |
| 7. | Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | X | | 6/21/2019 |
| 8. | If District Judge requires Pre-Motion Conference, date to make request | X | | 6/28/2019 |
| 9. | If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | X | |
| 10. | Joint Pre-Trial Order due (if no dispositive motion filed) | X | | 8/20/2019 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | X |
| a. | Response due | | X |
| b. | Reply due | | X |
| 2. | Motion for Rule 23 class certification | | X |
| a. | Response due | | X |
| b. | Reply due | | X |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____           _____
PEGGY KUO                                                      Date
United States Magistrate Judge

Rev. 8-10-18