| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| **PROPOSED DISCOVERY PLAN** | | | | |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | | |
| 1. | Rule 26(f) Conference held | X | | 12/4/2018 |
| 2. | Rule 26(a)(1) disclosures exchanged | X* | | 12/7/2018 |
| 3. | Requests made: *Rana Technology Inc. and Mohammad Rana did not provide 26(a)(1) disclosures. | | | |
| | a. Medical records authorization | | X | |
| | b. Section 160.50 releases for arrest records | | X | |
| | c. Identification of John Doe/Jane Doe defendants | | X | |
| | d. Proposed Stipulation of Confidentiality | X | | So Ordered 9/21/2018 |
| 4. | Procedures for producing Electronically Stored Information (ESI) discussed | X | | 12/4/2018 |
| **B. SETTLEMENT** | | | | |
| 1. | Plaintiff to make settlement demand | X | | 12/7/2018 |
| 2. | Defendant to make settlement offer | | | 12/14/2018 |
| 3. | Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. | Settlement Conference | | X | |
| **C. PROPOSED DEADLINES** | | | | |
| 1. | Motion to join new parties or amend pleadings | X | | 1/18/2019 |
| 2. | Initial documents requests and interrogatories | X | | 10/15/2018 |
| 3. | All fact discovery to be completed (including disclosure of medical records) | X | | 4/5/2019 |
| 4. | Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | X | | 4/12/2019 |
| 5. | Expert discovery (only if needed)      *Check here if not applicable* ☐ | | | |

Rev. 8-10-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|:---:|:---:|:---:|
| Plaintiff expert proposed field of expertise: | Technical Analysis & Monitoring of Shava TV | | | |
| Defendant expert proposed field of expertise: | Goyal, ABC, Sangpo: Technical Expert on the Nature and Scope of Non-Infringing Uses of the Shava Boxes | | | |
| a. Case-in-chief expert report due | | X | | 5/3/2019 |
| b. Rebuttal expert report due | | X | | 5/31/2019 |
| c. Depositions of experts to be completed | | X | | 6/14/2019 |
| 6. Completion of ALL DISCOVERY | | X | | 6/14/2019 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | X | | 6/21/2019 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | X | | 6/28/2019 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | X | | 8/20/2019 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|:---:|:---:|:---:|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____    _____
**PEGGY KUO**                     Date
United States Magistrate Judge

Rev. 8-10-18