Gmail

**Madhureema Gupta <madhureemagupta@gmail.com>**

## Defendant Rana response to Plaintiff subpoena attachment 1 document production
2 messages

**Reema Gupta** <madhureemagupta@gmail.com>
To: Stephen Ferguson <Stephen.Ferguson@hnbllc.com>

Sat, Feb 2, 2019 at 3:06 AM

Dear Mr. Furguson,

Defendant Rana Tecnology Inc. and Mohammad Rana Responses to plaintiff request for document production Subpoena Attachment  is attached herewith.

The defendant provided me the documents on February 1, 2018. However,, I was having problem with scanner therefore I was not able  to send you the documents on Feb 1, 2019. Please accept few hours late submission of  defendants response .

I was not able to attach copies of Rana Tecnology statement  because I was not able to open the document. I will ask the defendant to fax it to me today and I will email to you those documents  today.

Thank you for your understanding.

Madhurema Gupta

------------------------------------------------------

**2 attachments**

📎 **rana supoena attachment 1 response  exhibit 1to 7.pdf**
5142K

📎 **rana supoena attachtment exhibit 8 2019_02_02_01_34_05.pdf**
9969K

