**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**DISH NETWORK LLC**
                **Plaintiff**                              **Case No.18cv3857**
**Vs.**

**GOYAL GROUP INC. and CHANDRA GOYAL**
**D/b/a Goyal Group, RANA TECHNOLOGY INC., and**
**MOHAMMAD RANA d/b/a Family Phone, ABC1 NYC INC.**
**and SONAM SANGPO d/b/a ABC Wireless NYC,**

                                                  **Defendants**

---

## DEFENDANTS'S RESPONSE TO PLAINTIFF SUPOENA ATTACHMENT A REQUEST

## FOR PRODUCTION OF DOCUMENTS

       1.      Documents sufficient to identify each business and entity involved in television products or services, whether incorporated,, limited liability companies, partnerships, sole proprietorships, or fictitious, that you have held ownership in, operated, managed, or have been affiliated with at any time between June 2011 to present.

**RESPONSE**

**THE DEFENDANT DOESNT HAVE ANY DOCUMENTS AND AGREEMENT FOR TELIVISION PRODUCTS OR SERVICES.   THE DEFENDANT SOLD FREE CHANNEL IP BOXES TO WALKIN CUSTOMERS. DEFENDANT SOLD CASH AND DOES NOT HAVE ANY RECEIPT.**

       2.      Documents sufficient to identify the titles or positions and job responsibilities that you have held with each business and entity identified in response to Request for Production No. 1.

       **RESPONSE**

       **DEFENDANT   MOHAMMAD   RANA   WAS   THE   OWNER   OF   THE CORPORATION RANA TECHNOLOGY INC.   HE WAS THE MANAGER**

**AND THE SOLE PERSON WORKING IN THE STORE. DEFENDANT DOES NOT HAVE ANY DOCUMENT TO SHOW THAT BECAUSE DEFENDANT WAS THE OWNER OF THE STORE AND HE WAS WORKING ALONE IN THE STORE. DEFENDANT DID NOT HAVE ANY EMPLOYEE WORKING FOR HIM.  DEFENDANT RANA TECHNOLOGY INC. FILING RECEIPT IS ATTACHED HEREWITH WHICH SHOWS THAT THE MOHAMMAD RANA IS THE RESGISTERED AGENT OF THE COROPRATION.  <u>PLEASE SEE EXHIBIT 1 RANA TECNOLOGY INC FILING RECEIPT.</u>**

3.      Documents sufficient to identify each domain name and website that you registered, held ownership in, paid for, operated, or controlled at any time between June 5, 2015 to present.

**RESPONSE:**

**DEFENDANTS DO NOT HAVE ANY DOMAIN NAME AND WEBSITE BETWEEN JUNE 5, 2015 TILL PRESENT.**

4.      All documents, including emails that you exchanged with Shava.

**RESPONSE:**

**DEFENDANTS DON'T HAVE ANY DOCUMENTS WITH SHAVA OR EMAIL COMMUNICATION WITH SHAVA BECAUSE DEFENDANT ALWAYS COMMUNICATED WITH SHAVA ON PHONE.**

5.      Documents sufficient to identify each Protected Channel that was transmitted on the Shava TV Service, and the time period during which each channel was transmitted.

**RESPONSE:**

**AS PER DEFENDANTS KNOWLEDGE SHAVA DOES NOT TRANSMIT PROTECTED CHANNEL. THERE IS NO SUCH DOCUMENTS IN DEFENDANTS POSSESSION.**

6.      All documents, including any contracts, agreements, or payments, concerning your right or authorization to transmit or provide access to the Protected Channels.

**RESPONSE:**

**DEFENDANTS DON'T HAVE ANY RIGHTS OR AUTHORIZATION TO TRANSMIT OR PROVIDE ACCESS TO PROTECTED CHANNEL. DEFENDANTS DON'T HAVE ANY CONTRACTS AND AGREEMENTS WITH ANY ONE TO TRANSMIT OR PROVIDE ACCESS TO THE PROTECTED CHANNEL. DEFENDANT DO NOT TRANSMIT OR PROVIDE ACCESS TO PROTECTED CHANNEL.**

7.      Cease and desist letters, infringement notifications, educational or informative documents, and other documents requesting or warning you to stop selling, distributing, providing, or promoting the Shava Box, Shava TV Service, or any other product or service that provides video programming, including subsequent communications between you and any person pertaining to that correspondence, notice, request, or warning.\

**RESPONSE:**

**DEFENDANTS RECEIVED SUMMONS FROM PLIAINTIFF REGARDING THIS ACTION THAT'S THE NOTICE DEFENDANT RECEIVED.**

8.      Documents sufficient to identify each advertisement for the Shava TV Service and Shava Box that was made by you, by someone acting on your behalf, or which you paid for either in whole or in part.

**RESPONSE:**

**THE DEFENDANT NEVER ADVERTZED FOR THE SHAVA TV SERVICES OT SHAVA BOX AND PAID FOR ADVERTIZEMENT IN WHOLE OR IN PART TO ANY ONE.**

9.      All documents, including emails and texts, exchanged between you and actual or potential customers of the Shava TV Service and Shava Box concerning the Protected Channels.

**RESPONSE:**

**THE DEFENDANTS DO NOT HAVE ANY DOCUMENTS, EMAILS AND**

3

**TEXTS EXCHANGED BETWEEN ANY ACTUAL OR POTENTIAL CUSTOMERS OF THE SHAVA TV SERVICES AND SHAVA BOXES CONCERING THE PROTECTED CHANELLE.  THE SHAVA DOES SELL PROTECTED CHANELL. THE DEFENDFANTS DOES NOT SELL PROTECTED CHANNEL. .**

10.     All documents, including emails and texts, exchanged between you and actual or potential customers of the Shava TV Service or Shava Box concerning the addition or removal of channels from the Shava TV Service.

**RESPONSE:**

**THE DEFENDANTS DO NOT HAVE ANY KNOWLEDGE OR HAVE ANY DOCUMENTS , EMAILS AND TEXTS  EXCHANGED BETWEEN ANY ACTUAL OR POTENTIAL CUSTOMERS OF THE SHAVA  TV SERVICES AND SHAVA BOXES CONCERING THE ADDITION OR  REMOVAL OF CHANNELS FROM TV SERVICES.**

11.     All documents concerning your use of the Shava TV Service or Shava Box.

**RESPONSE:**

**THE DEFENDANTS SOLD SHAVA TV SERVICES BY PAY PAL. THE DEFENDANTS ARE PROVIDING PAYPAL RECEIPT ATTACHED HEREWITH. YOU CAN ALSO GET THIS INFORMATION FROM PAYPAL ACCOUNT.   THE DEFENDANTS DO NOT HAVE ANY DOCUMENTS SHOWING SALE OF SHAVA BOXES BECAUSE THE DEFENDANT BOUGHT THOSE SHAVA BOXES FROM LOCAL SHAVA SELLERS, AND SOLD TO HIS WALKING CUSTOMERS CASH.   PLEASE SEE PAYPAL RECEIPT EXHIBIT 2.**

12.     All documents concerning efforts you made to ensure that the Protected Channels are not transmitted on the Shava TV Service, or otherwise accessed using the Shava Box.

**RESPONSE:**

4

RESPONSE

**THE DEFENDANTS DON'T HAVE ANY KNOWLEDGE OF SUCH EFFORTS NOR THE ANY DOCUMENTS IN HIS POSSESSION REGARDING PROTECTED CHANNEL. AS PER DEFENDANT'S KNOWLWDGE SHAVA TV SERVICES DOES NOT TRANSMIT OR PROVIDE PROTECTED CHANNEL.**

13.     All documents concerning unfavorable comments, reviews, or criticisms about the Shava TV Service or Shava Box.

**RESPONSE; THE DEFENDANTS DOES NOT HAVE ANY KNOWLEDGE AND INFORMATION ABOUT UNFAVARABLE REVIEWS OR CRITICISM OR COMMENTS ABOUT SHAVA TV SERVICES OR SHAVA BOX.**

14.     All documents that reference both (a) the Shava TV Service or Shava Box and (b) the Protected Channels.

**RESPONSE:   (a) DEFENDANT IS SUBMIITING SHAVA TV SERVICES RECEIPTS THROUGH PAY PAL. PLEASE SEE EXHIBIT 2.**

**(b)   THE DEFENDANT HAS NO DOCUMENTS ABOUT PROTECTED CHANNELS.**

15.     Documents sufficient to identify each social media account, including Face book, Twitter, and LinkedIn, that you registered or used at any time.

**RESPONSE: THE DEFENDANT RANA TECHNOLOGY INC. AND DBA FAMILY PHONE HAS NO SOCIAL MEDIA ACCOUNT.**

**THE DEFENDANT MOHAMMAD RANA INDIVIDUAL HAS ONLY FACEBOOK SOCIAL MEDIA ACCOUNT WHICH IS SOLEY HIS PERSONAL ACCOUNT. THE ADDRESS OF HIS FACEBOOK ACCOUNT IS MOHAMMADRANA. THE DEFENDANT HAS NO OTHER SOCIAL MEDIA ACCOUNT ANY WERE. INTERNET PRINT OF MOHAMMAD RANA FACEBOOK ACCOUNT IS ATTACHED HEREWITH AS EXHIBIT 3.**

5

16.     Documents sufficient to identify all posts made by any person to your social media pages, including Face book, Twitter, and LinkedIn, concerning the Shava TV Service or Shava Box.

**RESPONSE:**

**THE DEFENDANT RANA TECHNOLOGY INC.  DOES NOT HAVE ANY SOCIAL MEDIA ACCOUNT.**

**THE DEFENDANT MOHAMMAD RANA HAS ONLY ONE SOCIAL MEDIA ACCOUNT. THIS IS FACE BOOK ACCOUNT. THE DEFENDANT HAS NOT POSTED ANYTHING ON HIS FACEBOOK REGARDING SHAVA TV SERVICES AND SHAVA BOX.  <u>INTERNET PRINT OF MOHAMMAD RANA FACEBOOK ACCOUNT IS ATTACHED HEREWITH AS EXHIBIT 3.</u>**

17.     Documents sufficient to identify all posts that you made to any social media page, including, Facebook, Twitter, and LinkedIn, concerning Shava TV Service or Shava Box.

**RESPONSE:**

**THE DEFENDANT RANA TECHNOLOGY INC.  DOES NOT HAVE ANY SOCIAL MEDIA ACCOUNT.**

**THE DEFENDANT MOHAMMAD RANA HAS ONLY ONE SOCIAL MEDIA ACCOUNT. THIS IS FACE BOOK ACCOUNT. THE DEFENDANT HAS NOT POSTED ANYTHING ON HIS FACEBOOK REGARDING SHAVA TV SERVICES AND SHAVA BOX.  <u>INTERNET PRINT OF MOHAMMAD RANA FACEBOOK ACCOUNT IS ATTACHED HEREWITH AS EXHIBIT 3.</u>**

18.     Documents sufficient to identify all posts made by any person to your social media pages, including Face book, Twitter, and LinkedIn, concerning the Protected Channels.

**RESPONSE:**

**THE DEFENDANT RANA TECHNOLOGY INC.  DOES NOT HAVE ANY SOCIAL MEDIA ACCOUNT.**

**THE DEFENDANT MOHAMMAD RANA HAS ONLY ONE SOCIAL MEDIA ACCOUNT. THIS IS FACE BOOK ACCOUNT. THE DEFENDANT HAS NOT POSTED ANYTHING ON HIS FACEBOOK REGARDING PROTECTED CHANNEL.  <u>INTERNET PRINT OF MOHAMMAD RANA FACEBOOK ACCOUNT IS ATTACHED HEREWITH AS EXHIBIT 3.</u>**

19.    Documents sufficient to identify all posts that you made to any social media page, including, face book, Twitter, and LinkedIn, concerning the Protected Channels.

**RESPONSE:**

**THE DEFENDANT RANA TECHNOLOGY INC.  DOES NOT HAVE ANY SOCIAL MEDIA ACCOUNT.**

**THE DEFENDANT MOHAMMAD RANA HAS ONLY ONE SOCIAL MEDIA ACCOUNT. THIS IS FACE BOOK ACCOUNT. THE DEFENDANT HAS NOT POSTED ANYTHING ON HIS FACEBOOK REGARDING PROTECTED CHANNEL. .  <u>INTERNET PRINT OF MOHAMMAD RANA FACEBOOK ACCOUNT IS ATTACHED HEREWITH AS EXHIBIT 3.</u>**

20.    All documents concerning your receipt of information about DISH's lawsuit against Shava.

**RESPONE:  THE DEFENDANTS DOES NOT HAVE ANY DOCUMENTS OR RECIOP OF INFORMATION ABOUT DISH'S LAW SUIT AGAINST SHAVA. THE ONLY DOCUMENTS THE DEFENDANT HAVE IS THE SUMMONS HE RECEIVED IN THE INSTANT CASE**

21.    All documents concerning your receipt of information about any person's alleged rights in the Protected Channels.

**RESPONSE:**

7

RESPONSE

**THE DEFENDANTS DOES NOT HAVE ANY DOCUMENTS REGARDING THE ALLEGED RIHTS IN THE PROTECTED CHANNEL.**

22.     All documents concerning your receipt of information alleging that the Protected Channels or the programs airing on those channels were transmitted on the Shava TV Service.

**RESPONSE:**

**THE DEFENDANTS HAVE NO DOCUMENTS OR INFORMATION THAT ALLEDGEING THE PROTECTED CHASNNELS OR PROGAMMS AIRING ON THISE CHANNELS WERE TRANSMITTED ON THE SHAVA TV SERVICES. .**

23.     All documents, including any contracts, agreements, or payments, concerning your purchase or sale of Rana Technology Inc. or any of its assets or stock.

**THE DEFENDANT MOHAMMAD RANA IS THE OWNER OF RANA TECHNOLIOGY INC. THE CORPOARATION FILING RECIEPPT IS ATTACHED HEREWITH AS EXHIBIT1. THE RANA TECNOLOGY INC SOLD HIS ASSESSTS WHICH WAS TELEPHONE ACCESSORY AMOUNTING $5000 TO   ALI HASSAN IN JUNE 2018 ALL CASH WHICH WAS PAID TO THE DEFENDAMT MOHAMMAD RANA IN CASH.   THERE IS NO PAPERWORK OF THE SALE OF THE ASSETS. THE DEFENDANT CLOSED HIS CORPORATION IN JUNE 2018 AND SOLD ITS ASSETS IN JUNE 2018. THE DEFENDANT IS NOT INVOLDED IN THIS BUSINESS ANY MORE SINCE JUNE 20, 2018.**

24.     All documents concerning any dissolution or request to dissolve Rana Technology Inc.

**RESPONSE:**

**THE DEFENDANT RANA TECNOLOGY INC WAS DISSOLVED ON JUNE 20, 2018. QUARTERLY ST-100 SHOWING THAT THE RANA TECNOLOGY INC WAS DISSOLVE IS ATTACHED HEREWITH AS EXHIBIT 4.**

8

25. Documents sufficient to identify your familial and business relationship with Mohammad Rana.

**RESPONSE:**

**MOHAMMAD RANA IS SELF EMPLOYED. HE WAS INVOLVED IN THE BUSINESS OF SALE OF ELECTRONICS AND TELEPHONE ACCESSORIES AS THE OWNER AND MANAGER OF THE CORPARATION RANA TECNOLIGY INC.   CORPORATION FILING RECEIPT IS ATTACHED HEREWITH AS EXHIBIT 1. .**

**CORPORATION RANA TECHNOLOGY INC. STATEMENT IS ATTACHED HEREWITH AS EXHIBIT 5.**

26. Documents identifying all assets transferred to you from Mohammad Rana, Rana Technology Inc., or an entity associated with Mohammad Rana.

**RESPONSE:**

**SALE OF ASSET OF RANA TECNOLOGY INC.**

 **THERE IS NO DOCUMENTS OF SALE OF ASSESTS. THE DEFENDANT MOHAMMAD RANA AS AN OWNER OF RANA TECNOLOGY INC. SOLD ITS ASSET TELEPHONE ACCESSORY WORTH $5000 IN CASH TO ALI HASSAN. WITHOUT ANY WRITTEN AGREEMENT. THE DEFENDANT MOHAMMAD RANA WAS PAID IN CASH $5000 BY ALI HASAN FOR SALE OF TELEPHONE ACCESSORY OF THE RANA TECNOLOGY INC.**

 **ENTITY ASSOCIATED WITH MOHAMMAD RANA SPICE RESTAURANT INC.   IN CONNECTICUIT.**

**MOHAMMAD RANA IS SLEEPING PARTNER IN RESTAURANT BUSINESS "SPICE RESTAURANT INC." THE DEFENDANT MOHAMMAD RANA IS PAID $19,000.00 ANNUALLY FROM THIS BUSINESS.**

**MR. RANA PERSONAL TAX RETURN AS SELF EMPLOYED IS ATTACHED HEREWITH AS EXHIBIT 6.**  ENTITY NAME- BILLU BARBER CORP EXHIBIT 7. Billuu BARBER Corp Filing receipt-

9

Billu Barber Corp is now closed.

**MR. RANA BANK STATEMENT IS ATTACHED HEREWITH AS EXHIBIT 9.**

27.     Documents identifying all assets that you transferred to Mohammad Rana, Rana
Technology Inc., or an entity associated with Mohammad Rana

   **RESPONSE:**

**SALE OF ASSET OF RANA TECNOLOGY INC.**

  **THERE IS NO DOCUMENTS OF SALE OF ASSESTS. THE DEFENDANT
MOHAMMAD RANA AS AN OWNER OF RANA TECNOLOGY INC. SOLD ITS
ASSET TELEPHONE ACCESSORY WORTH $5000 IN CASH TO ALI HASSAN.
WITHOUT ANY WRITTEN AGREEMENT. THE DEFENDANT MOHAMMAD
RANA WAS PAID IN CASH $5000 BY ALI HASAN FOR SALE OF TELEPHONE
ACCESSORY OF THE RANA TECNOLOGY INC.**

 **ENTITY ASSOCIATED WITH MOHAMMAD RANA SPICE RESTAURANT
INC.   IN CONNECTICUIT.**

**MOHAMMAD RANA IS SLEEPING PARTNER IN RESTAURANT BUSINESS
"SPICE RESTAURANT INC." THE DEFENDANT MOHAMMAD RANA IS PAID
$19,000.00 ANNUALLY FROM THIS BUSINESS.**

**MR. RANA PERSONAL TAX RETURN AS SELF EMPLOYED IS ATTACHED
HEREWITH AS EXHIBIT 6.**


28.     Documents sufficient to identify your revenues, costs, and gross profits relating to
the Shava TV Service and Shava Box.

   **RESPONSE:**

**THE DEFENDANT IS SUBMIITING PAYPAL RECEIPTS.   PLEASE SEE PAYPAL
RECEIPT EXHIBIT 2.**

 **CORPORATION RANA TECHNOLOGY INC. STATEMENT IS ATTACHED
HEREWITH AS EXHIBIT 5.**

10

29.     All invoices, purchase orders, and receipts concerning your purchase of Shava Boxes.

**RESPONSE:**

**THE DEFENDANT HAS NO   DOCUMENTS TO SHOW THE PURCHASE OF SHAVA DOCUMENTS.**

30.     All financial account statements and checks concerning your purchase of Shava Boxes.

**RESPONSE:**

**THE DEFEDANTS DOES NOT POSSESS ANY FINANCIAL STATEMENTS AND CHECKS CONCERNING ALLEGED PURCHASE OF SHAVA BOXES. SHAVA BOXES HAS BEEN BOUGHT CASH BY LOCAL DEALER AND SOLD CASH TO WALKING CUSTOMERS.**

31.     Documents sufficient to identify each type of Shava Box that you acquired or distributed.

**RESPONSE: THE DEFENDANT IS NOT IN POSSESSION OF THESE DOCUMENTS.**

32.     Documents sufficient to identify the total number of each type of Shava Box that you acquired or distributed.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF THESE DOCUMENTS.**

3     Documents sufficient to identify all costs that you incurred to acquire and distribute each type of Shava Box.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF THESE DOCUMENTS.**

34.     All invoices, purchase orders, and receipts concerning your sale of Shava Boxes.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF THSES DOCUMENTS OR**

INVOICES OR RECEIPTS.

35.    All financial account statements and checks concerning your sale of Shava Boxes.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF DOCUMENTS AND FINANCIAL STATEMENTS AND CHECKS OF THE SALE OF SHAVA BOXES.**

36.    Documents sufficient to identify each payment that you received from your sale of each type of Shava Box.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF DOCUMENTS RECEIVED FROM THE ALLEGED SALE OF SHAVA BOXES**

37.    Documents sufficient to identify each source or supplier of each type of Shava Box that you acquired or distributed.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF ANY SUCH DOCUMENTS FROM THE SUPPLIER OF SHAVA BOXES ACQUIRED OR DISTRIBUTED.**

38.    Documents sufficient to identify each payment that you made to each source or supplier from which you acquired each type of Shava Box.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF ANY SUCH DOCUMENTS FROM THE SUPPLIER OF SHAVA BOXES ACQUIRED OR DISTRIBUTED.**

39.    All documents concerning actual or potential uses of each type of Shava Box.

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF ANY DOCUMENTS CONCERNIG ACTUAL OR POTENTIAL USE OF ECH TYPE OF SHAVA BOXES.**

40.    All documents, including emails, that you exchanged with each supplier or source from which you acquired each type of Shava Box.

12

**RESPONSE:**

**THE DEFENDANT IS NOT IN POSSESSION OF ANY SUCH DOCUMENTS.**

**THE DEFENDANTS DID NOT COMMUNICATE VIA EMAIL WITJH THE**

**SUPPLIER OF SHAVA BOXES. THE DEFENDANT PURCHASED SHAVA**

**BOXES BY LOCAL DEALERS PERSONALLY BY PAYING CASH.**

Dated:   2/1/2019
Queens, New York

**MADHUREEMA GUPTA, ESQ.**
**ATTORNEY FOR THE DEFENDANTS**
**RANA TECHNOLOGY INC., and**
**MOHAMMAD RANA d/b/a Family Phone**
**37-11 74 Street, Suite 201,**
**Jackson Hts, NY 11377**
**Tel:917-842-2246**
**Fax: 718-478-6579**

To
Plaintiff Attorneys

James T. Sanders
Skarzynski, Black, LLC
One Battery Plaza, 32nd floor,
New York, NY 10004
Tel; 212-820-7700
Fax 212-820-7740

Stephen M. Ferguson
Hagan Noll & Boyle. LLC
Two memorial City Plaza
820 Gessner, Suite 940
Houston, TX 77024
Telephone # 713-343-0478
Fax# 718-758-0146



### *VERIFICATION*

STATE OF NEW YORK

               SS.:

COUNTY OF QUEENS

I, MOHAMMAD RANA, PRESIDENT OF RANA TECHNOLOGY INC., and
D/b/a Family Phone, being duly sworn, deposes and says:

I am the defendant in the within action; I have read the foregoing response to   Supoena

Attachment   A ,   Request for production of document and know the contents thereof and

and the same is true to my own knowledge except as those matters alleged to be upon

information and belief, and that as to those matters, I believe them to be true.

RANA TECHNOLOGY,   INC

**MOHAMMAD RANA,**
**PRESIDENT**

Sworn to before me on this

1st   Day of February , 2019

Notary public

MADHURECHA GUPTA New York
Notary Public State of New York
NO 02GU6116799      15 Commission Expeses on
Qualefied in Queens                          11/14/2020
County .

## *__VERIFICATION__*

STATE OF NEW YORK

                SS.:

COUNTY OF QUEENS

I,    MOHAMMAD RANA     being duly sworn, depose and say:

I am the defendant in the within action; I have read the foregoing   response to   Supoena

Attachment   A ,   Request for production of document and know the contents thereof and

the same is true to my own knowledge except as those matters alleged to be upon

information and belief, and that as to those matters, I believe them to be true.

**MOHAMMAD RANA**

Sworn to before me on this

1st   Day of February   2019

Notary public

MADHUREENA Gupta New York
Notary public, state of New York
No. 02GU6116799 Queens County
Qualified in
Commission Expires 11/14/2020

EXHBIT 1

Corporation Filing Receipt

DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-000

FILING RECEIPT

===================================================================================

ENTITY NAME: RANA TECHNOLOGY INC.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: QUE

SERVICE COMPANY: ** NO SERVICE COMPANY **                    SERVICE CODE: 00

===================================================================================

FILED:08/24/2004 DURATION:PERPETUAL   CASH#:040824000640 FILM #:0408240006

ADDRESS FOR PROCESS                                         EXIST DATE
-------------------                                         ----------
MOHAMMAD A RANA                                             08/24/2004
83-42 159TH STREET
JAMAICA, NY 11432

REGISTERED AGENT
----------------
MOHAMMAD A. RANA
83-42 159TH STREET
JAMAICA, NY 11432

   STOCK:          200 NPV



===================================================================================
FILER                          FEES        220.00   PAYMENTS      220
-----                          ----                  --------
                               FILING      125.00   CASH            0
SHAHID M. QURESHI              TAX          10.00   CHECK           0
187-35 HILLSIDE AVE #5 H       CERT          0.00   CHARGE        220
                               COPIES       10.00   DRAWDOWN        0
JAMAICA, NY 11432              HANDLING      75.00   BILLED          0
                                                    REFUND          0
                                                    ------
===================================================================================

Exhibit 1                    17                    DOS-1025 (11/88)

EXHIBIT 2

Pay Pal



**Shopper Insights helps you learn more about your PayPal shoppers**

PayPal can analyze your website traffic and provide insights about your PayPal shoppers and their behavior.

| Get Started |
|:---:|

**Recent activity**    More >

Ready to ship    Payments received    Payments sent    Activity (including balance & fees)

| | | |
|---|---|---|
| Dec 12, 2018 | **Purchase from tigerphones**<br>Completed | −$269.98 USD |
| Nov 16, 2018 | **Payment to Wayfair LLC**<br>Completed | −$383.23 USD |
| Nov 14, 2018 | **Purchase from Jos. A. Bank Clothiers, Inc.**<br>Completed | −$178.00 USD |
| Nov 13, 2018 | **Order to Jos. A. Bank Clothiers, Inc.**<br>Completed | $178.00 USD |
| Oct 26, 2018 | **Purchase from Jos. A. Bank Clothiers, Inc.**<br>Completed | −$59.88 USD |
| Oct 25, 2018 | **Purchase from STRADE FAREAST LIMITED**<br>Completed | −$4.96 USD |
| Oct 25, 2018 | **Purchase from STRADE FAREAST LIMITED**<br>Completed | −$5.00 USD |
| Oct 20, 2018 | **Order to Jos. A. Bank Clothiers, Inc.**<br>Completed | $59.88 USD |
| Oct 17, 2018 | **Purchase from Jos. A. Bank Clothiers, Inc.**<br>Completed | −$87.95 USD |
| Oct 15, 2018 | **Order to Jos. A. Bank Clothiers, Inc.**<br>Completed | $87.95 USD |
| Sep 26, 2018 | **Purchase from MY2 COMMERCE SDN.BHD.**<br>Completed | −$39.85 USD |

EXHIBIT 2                    18

| Sep 5, 2018 | **Purchase from Jos. A. Bank Clothiers, Inc.**<br>Completed | −$98.50 USD |
| Sep 3, 2018 | **Order to Jos. A. Bank Clothiers, Inc.**<br>Completed | $98.50 USD |
| Aug 23, 2018 | **Purchase from SZ TECHNOLOGY**<br>Completed | −$24.95 USD |
| Aug 13, 2018 | **Purchase from Paul Fredrick Menstyle Inc.**<br>Completed | −$29.98 USD |
| Aug 11, 2018 | **Order to Paul Fredrick Menstyle Inc.**<br>Completed | $29.98 USD |
| Jul 31, 2018 | **Payment to Facebook**<br>Completed | −$9.25 USD |
| Jul 31, 2018 | **Payment to Facebook**<br>Completed | −$5.10 USD |
| Jul 13, 2018 | **Refund from Sewing Parts Online**<br>Completed | $15.84 USD |
| Jul 12, 2018 | **Purchase from EPC Inc. – Las Vegas**<br>Completed | −$540.01 USD |
| Jul 10, 2018 | **Purchase from Sewing Parts Online**<br>Refunded | −$15.84 USD |
| Jul 2, 2018 | **Payment to Pharmapacks LLC.**<br>Completed | −$55.40 USD |

**View all**

Help    Contact    Sitemap    Fees    Security

About    Developers    Partners

English    Français    Español    中文

Copyright © 1999-2019 PayPal. All rights reserved.    |    Privacy    Legal    Policy updates

19

EXHIBIT 3

Facebook Account

Mohammad Rana  Mohammad   Home   Find Friends



**Mohammad Rana**

Update Info ›     Activity Log ⇅

Timeline    About    Friends 173    Photos    Archive    More

11 items for you to review

**Intro**

Add a short bio to tell people more about yourself.
Add Bio

Lives in Jackson Heights, New York
Followed by 96 people

Showcase what's important to you by adding photos, pages, groups and more to your featured section on your public profile.
Add to Featured

Add Instagram, Websites, Other Links

**Photos**                          Add Photo

Create Post    Photo/Video    Live Video    Life Event

 What's on your mind?

Photo/Video    Tag Friends    Feeling/Activ...

Posts                    Manage Posts    List View    Grid View

**Mohammad Rana** shared a post.
20 hrs ·







**Mir Riaz Qureshi**
January 1, 2018

Follow

EXHIBIT 3

20

Chat (10)

Search

 Mohammad    Home    Find Friends

 Mohammad Rana

**News Feed**

Messenger

atch

Marketplace

**Shortcuts**

ilitary Intelligence... 20+

**Explore**

Pages

Groups

Events

Saved                    1

Fundraisers

See More...

**Create**

Ad · Page · Group · Event ·
Fundraiser

---

What's on your mind, Mohammad?

| Photo/Video | Tag Friends | Feeling/Activ... |

**mer Shafiq** checked in to The Westmoor Club At Aliana.
1 hrs · Richmond, TX ·

#iron



li Hassan, Sadia Asif and 7 others

| Like | Comment |

 rite a comment...

 **mazon.com**
ponsored ·

---

Stories                    Archive · ettings

**dd to Your Story**
hare a photo, video or write
omething

**ackson Heights, NY 11372**
hours ago

 **amaa TV**
hours ago

 **ubair Bin Mokles**
0 hours ago

See More

**Watchlist: Latest Episodes**

his guy attempts the
innamon challenge......
hat Did I Just Watch?
3:02   33 minutes ago

trange things can
appen on the road! ...
hat Did I Just Watch?
3:12   7 hours ago

hese boys just can't
andle the heat! 😳 😂
hat Did I Just Watch?
3:08   about a day ago

See All

**Sponsored**              Create Ad

English (US) · اردو · Español ·
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2019

2|

Chat (10)

EXHIBIT 4

QUARTERLY ST-100

DLN: SW1800851660



Department of Taxation and Finance

**Quarterly ST-100**
01/19 V48

New York State and Local
Quarterly Sales and Use Tax Return

**Filing period**
03/01/2018 - 05/31/2018

| Sales tax identification number ▶ | 41-2151252 |
|---|---|

**Legal name**
RANA TECHNOLOGY INC.

**Mailing address**
7062 BROADWAY
JACKSON HTS,NY 11372-6134
US

**Due date:**
06/20/2018

You will be responsible for penalty and interest if
your return is not submitted by this date.

## Business information changes

Final return ☑   Amended return ☐

Has your responsible persons information changed? ................................................................ Yes ☐   No ☑

Has your business address or phone number(s) changed? ......................................................... Yes ☐   No ☑

Is the income from this business being reported "under" the identification number shown above?

Enter the ID number of the entity reporting the income: [＿＿＿＿＿] ...................................... Yes ☑   No ☐

## Summary of business activity

Gross sales (include all taxable and exempt sales but not sales tax) ....................................... | 42,137.00 |

Total non-taxables sales ................................................................................................. | 15,965.00 |

Gross credit and debit card deposits ............................................................................. | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 26,172.00 | 0.00 | 2,322.77 |
| | 26,172.00 | 0.00 | 2,322.77 |

## Final return and out of business information

A ☑   **Business sold or discontinued**

Sold ☐   Insolvent ☐   Deceased ☐   Dissolution ☑   Other ☐ _____

Did you change your business entity type (example: sole proprietor to partnership) ................. Yes ☐   No ☑

Did you sell any business assets? ................................................................................. Yes ☐   No ☑

| Last day of business *(if applicable)* | Date of sale | Sale price | Business sold |
|---|---|---|---|
| 2018-05-31 | | | In whole ☑   In part ☐ |

**Location of property**


**Name and address of purchaser**


Was sales tax collected on any taxable items (furniture, fixtures, etc.) included in the sale? ....................... Yes ☐   No ☑

**03002 (01/02)  Page 1 of 3**

EXHIBIT 4      22

**Page 2** of 3   Sales tax ID number `41-2151252`   **Quarterly ST-100**

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ................................................................ Yes ☑   No ☐

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| NE 8081 | New York City/State Combined Tax | | | | | | | | |
| | | | | | Over collected($): | | | | |
| 26,172.00 | 0.00 | 26,172.00 | 0.00 | 0.00 | 0.00 | | 0.08875 | | 2,322.77 |
| Column totals: | | | | | | | | | |
| 26,172.00 | 0.00 | 26,172.00 | 0.00 | 0.00 | 0.00 | | | | 2,322.77 |
| | | | | | Total tax due from main form and schedules:* | | | | 2,322.77 |

* Total tax due includes any over-collected amounts.

23

Page 3 of 3     Sales tax ID number  41-2151252                                    **Quarterly ST-100**

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ............................................................................ | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ................................................................ | -116.14 |
| Total tax due: | 2,206.63 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ................................................................................................................ | 0.00 |
| Additional payments not shown above ................................................................................ | 0.00 |
| Overpayment being carried forward from a prior period ...................................................... | 0.00 |
| Total advance payments: | 0.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ............................................................................ | 0.00 |
| Total amount due: | 2,206.63 |

## Payment details   (Account saved ☑)

| | |
|---|---|
| **Bank routing number**<br>026013673 | **Payment method**<br>Pay from Bank Account |
| **Bank name**<br>TD BANK NA | **Payment for**<br>ST100 |
| **Bank account number**<br>XXXXXX7360 | **Payment date**<br>06/08/2018 |
| **Account type**<br>Business Checking | **Amount due**<br>2206.63 |
| **Account holder**<br>RANA TECHNOLOGY INC | **Payment amount**<br>2206.63 |

## Transaction details

| | |
|---|---|
| **Confirmation number**<br>SW1800851660 | **Transaction date/time**<br>06/08/2018 04:43PM |
| **Tax professional ID**<br>XXX-XX-8033 | **Tax professional name**<br>BEST PROFESSIONAL SERVICES INC |
| **Submitter phone**<br>(718)285-9494 | **Submitter e-mail**<br>BESTACCOUNTING786@GMAIL.COM |
| **Submitted by**<br>IRFAN KHAN | |

2y

EXHIBITS

EXHIBIT 6

Mohammed Rana Tax Return
Showing Spice Resturant LLC.

Form **1040**
Department of the Treasury—Internal Revenue Service   (99)
**U.S. Individual Income Tax Return** **2017** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning , 2017, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| MOHAMMAD A | RANA | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| SHAHANARA | PARVIN | 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 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
37-48 72ND STREET

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
JACKSON HEIGHTS NY 11372

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

| **Filing Status** | 1 | ☐ Single | 4 | ☐ Head of household (with qualifying person). (See instructions.) |
|---|---|---|---|---|
| Check only one box. | 2 | ☒ Married filing jointly (even if only one had income) | | If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
| | 3 | ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ | 5 | ☐ Qualifying widow(er) (see instructions) |

| **Exemptions** | 6a | ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a | | Boxes checked on 6a and 6b | 2 |
|---|---|---|---|---|---|
| | b | ☒ **Spouse** | | No. of children on 6c who: | |

| c | **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name     Last name | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

| d | Total number of exemptions claimed | Add numbers on lines above ▶ | 2 |
|---|---|---|---|

| **Income** | 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
|---|---|---|---|---|
| Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. | 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| | b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| | 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| | b | Qualified dividends | 9b | |
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| | 11 | Alimony received | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| If you did not get a W-2, see instructions. | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| | 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| | 15a | IRA distributions 15a | b Taxable amount | 15b | |
| | 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 19,611. |
| | 18 | Farm income or (loss). Attach Schedule F | 18 | |
| | 19 | Unemployment compensation | 19 | |
| | 20a | Social security benefits 20a 9,706. | b Taxable amount | 20b | 0. |
| | 21 | Other income. List type and amount | 21 | |
| | 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 19,611. |

| **Adjusted Gross Income** | 23 | Educator expenses | 23 | |
|---|---|---|---|---|
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| | 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| | 26 | Moving expenses. Attach Form 3903 | 26 | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| | 29 | Self-employed health insurance deduction | 29 | |
| | 30 | Penalty on early withdrawal of savings | 30 | |
| | 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| | 32 | IRA deduction | 32 | |
| | 33 | Student loan interest deduction | 33 | |
| | 34 | Tuition and fees. Attach Form 8917 | 34 | |
| | 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| | 36 | Add lines 23 through 35 | 36 | |
| | 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 19,611. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** BAA   REV 02/22/18 PRO   Form **1040** (2017)


EXHIBIT 6

Form 1040 (2017) | | Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 19,611. |
| | 39a | Check if: ☒ **You** were born before January 2, 1953, ☐ Blind. ☐ **Spouse** was born before January 2, 1953, ☐ Blind. } Total boxes checked ▶ 39a | 1 | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 13,950. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: | 41 | Subtract line 40 from line 38 | 41 | 5,661. |
| | 42 | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 8,100. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814   **b** ☐ Form 4972 **c** ☐ | 44 | 0. |
| Single or Married filing separately, $6,350 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| Married filing jointly or Qualifying widow(er), $12,700 | 47 | Add lines 44, 45, and 46 ▶ | 47 | 0. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,350 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | **Earned income credit (EIC)** NO | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| Direct deposit? See instructions. | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | |
| | b | Routing number X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want **applied to your 2018 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0. |
| | 79 | Estimated tax penalty (see instructions) 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No**

Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | SELF EMPLOYED | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | HOUSE WIFE | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| IRFAN KHAN | IRFAN KHAN | 01/02/2019 | | P00489356 |
| Firm's name ▶ BEST ACCOUNTING & TAX SERVICES | | | Firm's EIN ▶ 26-0568033 | |
| Firm's address ▶ 7232 BROADWAY STE 303 JACKSON HEIGHTS NY 11372-6360 | | | Phone no. (718)285-9494 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information. | REV 02/22/18 PRO | Form **1040** (2017)

Schedule E (Form 1040) 2017     Attachment Sequence No. **13**     Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| MOHAMMAD A RANA & SHAHANARA PARVIN | 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 |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II   Income or Loss From Partnerships and S Corporations
**Note:** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . .   ☐ **Yes**   ☒ **No**

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** | SPICE RESTAURANT LLC | P | ☐ | 27-2799856 | ☐ |
| **B** | | | ☐ | | ☐ |
| **C** | | | ☐ | | ☐ |
| **D** | | | ☐ | | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| **A** | | | | | 19,611. |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **29a** Totals | | | | | 19,611. |
| **b** Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a . . . . . . . . . . . . . | **30** | 19,611. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b . . . . . . . . . . . . | **31** | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . | **32** | 19,611. |

### Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| **A** | | | | |
| **B** | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . . . | **35** | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . | **36** | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . | **37** | |

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from **Schedules Q,** line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | **39** | |
|---|---|---|---|

### Part V   Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . . . . | **40** | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | **41** | 19,611. |

**42** **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . . | **42** | |

**43** **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . | **43** | |

REV 02/13/18 PRO        **Schedule E (Form 1040) 2017**

**NEW YORK STATE 2017**

Department of Taxation and Finance

# Resident Income Tax Return

**New York State • New York City • Yonkers • MCTMT**

REV 11/17/17 PRO

## IT-201

For the full year January 1, 2017, through December 31, 2017, or fiscal year beginning ...

and ending ...    **17**

For help completing your return, see the instructions, Form IT-201-I.

| Your first name | MI | Your last name (for a *joint return*, enter spouse's name on line below) | Your date of birth *(mmddyyyy)* | Your social security number |
|---|---|---|---|---|
| MOHAMMAD | A | RANA | 05051948 | 103728839 |
| **Spouse's** first name | MI | Spouse's last name | Spouse's date of birth *(mmddyyyy)* | Spouse's social security number |
| SHAHANARA | | PARVIN | 08071972 | 094475880 |

| Mailing address *(see instructions, page 13)* *(number and street or PO box)* | Apartment number | New York State county of residence |
|---|---|---|
| 37-48 72ND STREET | | QUEENS |

| City, village, or post office | State | ZIP code | Country *(if not United States)* | School district name |
|---|---|---|---|---|
| JACKSON HEIGHTS | NY | 11372 | | QUEENS |

| Taxpayer's permanent home address *(see instructions, page 13)* *(number and street or rural route)* | Apartment number | |
|---|---|---|

School district code number ............ 519

| City, village, or post office | State | ZIP code | Decedent information | Taxpayer's date of death *(mmddyyyy)* | Spouse's date of death *(mmddyyyy)* |
|---|---|---|---|---|---|
| | NY | | | | |

**A Filing status**
*(mark an X in one box):*
- ① Single
- ② [X] Married filing joint return *(enter spouse's social security number above)*
- ③ Married filing separate return *(enter spouse's social security number above)*
- ④ Head of household *(with qualifying person)*
- ⑤ Qualifying widow(er) with dependent child

**B Did you itemize** your deductions on your 2017 federal income tax return? ............ Yes ☐ No [X]

**C Can you be claimed** as a dependent on another taxpayer's federal return? ........... Yes ☐ No [X]

**D1** Did you have a financial account located in a foreign country? *(see page 14)* .......... Yes ☐ No [X]

**D2 Yonkers residents and Yonkers part-year residents only:**
(1) Did you receive a property tax relief credit? *(see page 14)* ................................. Yes ☐ No ☐
(2) Enter the amount ...  ☐ .00

**D3** Were you required to report, under P.L. 110-343, Div. C, §801(d)(2), any nonqualified deferred compensation on your 2017 federal return? *(see page 14)* ...... Yes ☐ No [X]

**E** (1) Did you or your spouse **maintain living quarters in NYC** during 2017? *(see page 14)* .. Yes ☐ No ☐
(2) Enter the number of days spent in NYC in 2017 *(any part of a day spent in NYC is considered a day)*......... ☐

**F NYC residents and NYC part-year residents only** *(see page 14):*
(1) Number of months **you** lived in NYC in 2017 ............... 12
(2) Number of months **your spouse** lived in NYC in 2017 ................. 12

**G** Enter your **2-character special condition code(s) if applicable** *(see page 14)* ..................... ☐

**H Dependent exemption information** *(see page 15)*

| First name | MI | Last name | Relationship | Social security number | Date of birth *(mmddyyyy)* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If more than 7 dependents, mark an **X** in the box. ☐

201001173555

| | |
|---|---|
| | For office use only |

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

**Page 2** of 4   **IT-201** (2017)

Your social security number

103728839

REV 11/17/17 PRO

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

**Federal income and adjustments** *(see page 15)*

Whole dollars only

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. | **1** | .00 |
| 2 | Taxable interest income | **2** | .00 |
| 3 | Ordinary dividends | **3** | .00 |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes *(also enter on line 25)* | **4** | .00 |
| 5 | Alimony received | **5** | .00 |
| 6 | Business income or loss *(submit a copy of federal Schedule C or C-EZ, Form 1040)* | **6** | .00 |
| 7 | Capital gain or loss *(if required, submit a copy of federal Schedule D, Form 1040)* | **7** | .00 |
| 8 | Other gains or losses *(submit a copy of federal Form 4797)* | **8** | .00 |
| 9 | Taxable amount of IRA distributions. If received as a beneficiary, mark an **X** in the box ... | **9** | .00 |
| 10 | Taxable amount of pensions and annuities. If received as a beneficiary, mark an **X** in the box | **10** | .00 |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. *(submit copy of federal Schedule E, Form 1040)* | **11** | 19611 .00 |
| 12 | Rental real estate included in line 11 .......... **12** .00 | | |
| 13 | Farm income or loss *(submit a copy of federal Schedule F, Form 1040)* | **13** | .00 |
| 14 | Unemployment compensation | **14** | .00 |
| 15 | Taxable amount of social security benefits *(also enter on line 27)* | **15** | .00 |
| 16 | Other income *(see page 15)* Identify: | **16** | .00 |
| 17 | Add lines **1 through 11** and **13 through 16** | **17** | 19611 .00 |
| 18 | Total federal adjustments to income *(see page 15)* Identify: | **18** | .00 |
| 19 | **Federal adjusted gross income** *(subtract line 18 from line 17)* | **19** | 19611 .00 |

**New York additions** *(see page 16)*

| | | | |
|---|---|---|---|
| 20 | Interest income on state and local bonds and obligations *(but not those of NYS or its local governments)* | **20** | .00 |
| 21 | Public employee 414(h) retirement contributions from your wage and tax statements *(see page 16)* | **21** | .00 |
| 22 | **New York's** 529 college savings program distributions *(see page 16)* | **22** | .00 |
| 23 | Other *(Form IT-225, line 9)* | **23** | .00 |
| 24 | Add lines **19** through **23** | **24** | 19611 .00 |

**New York subtractions** *(see page 17)*

| | | | |
|---|---|---|---|
| 25 | Taxable refunds, credits, or offsets of state and local income taxes *(from line 4)* | **25** | .00 |
| 26 | Pensions of NYS and local governments and the federal government *(see page 17)* | **26** | .00 |
| 27 | Taxable amount of social security benefits *(from line 15)* | **27** | .00 |
| 28 | Interest income on U.S. government bonds | **28** | .00 |
| 29 | Pension and annuity income exclusion *(see page 18)* | **29** | .00 |
| 30 | **New York's** 529 college savings program deduction/earnings | **30** | .00 |
| 31 | Other *(Form IT-225, line 18)* | **31** | .00 |
| 32 | Add lines 25 through 31 | **32** | .00 |
| 33 | **New York adjusted gross income** *(subtract line 32 from line 24)* | **33** | 19611 .00 |

**Standard deduction or itemized deduction** *(see page 20)*

| | | | |
|---|---|---|---|
| 34 | Enter your **standard deduction** *(table on page 20)* **or** your **itemized deduction** *(from Form IT-201-D)*<br>Mark an **X** in the appropriate box: [X] **Standard** - or - [ ] **Itemized** | **34** | 16050 .00 |
| 35 | Subtract line 34 from line 33 *(if line 34 is more than line 33, leave blank)* | **35** | 3561 .00 |
| 36 | Dependent exemptions *(enter the number of dependents listed in item H; see page 20)* | **36** | 000.00 |
| 37 | **Taxable income** *(subtract line 36 from line 35)* | **37** | 3561 .00 |

201002173555

| Name(s) as shown on page 1 | Your social security number | **IT-201** (2017) **Page 3** of 4 |
|---|---|---|
| MOHAMMAD A RANA AND SHAHANARA PARVIN | 103728839 | REV 11/17/17 PRO |

### Tax computation, credits, and other taxes

| | | | | |
|---|---|---|---|---|
| **38** | **Taxable income** *(from line 37 on page 2)* .................................................... | | **38** | 3561 .00 |
| **39** | NYS tax on line 38 amount *(see page 21)* ............................................. | | **39** | 143 .00 |
| **40** | NYS household credit *(page 21, table 1, 2, or 3)* .......... | **40** | 75 .00 | |
| **41** | Resident credit *(see page 22)* ..................................... | **41** | .00 | |
| **42** | Other NYS nonrefundable credits *(Form IT-201-ATT, line 7)* ... | **42** | .00 | |
| **43** | Add lines 40, 41, and 42 .......................................... | | **43** | 75 .00 |
| **44** | Subtract line 43 from line 39 *(if line 43 is more than line 39, leave blank)* .......... | | **44** | 68 .00 |
| **45** | Net other NYS taxes *(Form IT-201-ATT, line 30)* ...................... | | **45** | .00 |
| **46** | **Total New York State taxes** *(add lines 44 and 45)* .................. | | **46** | 68 .00 |

### New York City and Yonkers taxes, credits, and surcharges, and MCTMT

**See instructions on pages 22 through 25 to compute New York City and Yonkers taxes, credits, and surcharges, and MCTMT.**

| | | | | |
|---|---|---|---|---|
| **47** | NYC resident tax on line 38 amount *(see page 22)*............. | **47** | 110 .00 | |
| **48** | NYC household credit *(page 22, table 4, 5, or 6)* .................. | **48** | 30 .00 | |
| **49** | Subtract line 48 from line 47 *(if line 48 is more than line 47, leave blank)* ..................... | **49** | 80 .00 | |
| **50** | Part-year NYC resident tax *(Form IT-360.1)* ...................... | **50** | .00 | |
| **51** | Other NYC taxes *(Form IT-201-ATT, line 34)* ...................... | **51** | .00 | |
| **52** | Add lines 49, 50, and 51 ................................. | **52** | 80 .00 | |
| **53** | NYC nonrefundable credits *(Form IT-201-ATT, line 10)* ........ | **53** | .00 | |
| **54** | Subtract line 53 from line 52 *(if line 53 is more than line 52, leave blank)* ..................... | **54** | 80 .00 | |
| **54a** | MCTMT net earnings base.... | **54a** | .00 | |
| **54b** | MCTMT ................................................... | **54b** | .00 | |
| **55** | Yonkers resident income tax surcharge *(see page 25)* ..... | **55** | .00 | |
| **56** | Yonkers nonresident earnings tax *(Form Y-203)* ............... | **56** | .00 | |
| **57** | Part-year Yonkers resident income tax surcharge *(Form IT-360.1)* | **57** | .00 | |
| **58** | **Total New York City and Yonkers taxes / surcharges and MCTMT** *(add lines 54 and 54b through 57)* .. | **58** | | 80 .00 |
| **59** | **Sales or use tax** *(see page 26; do not leave line 59 blank)* .................................. | **59** | | 0 .00 |

### Voluntary contributions *(see page 27)*

| | | | | |
|---|---|---|---|---|
| **60a** | Return a Gift to Wildlife .............................. | **60a** | .00 | |
| **60b** | Missing/Exploited Children Fund ................. | **60b** | .00 | |
| **60c** | Breast Cancer Research Fund ..................... | **60c** | .00 | |
| **60d** | Alzheimer's Fund ........................................ | **60d** | .00 | |
| **60e** | Olympic Fund *($2 or $4; see page 27)* .......... | **60e** | .00 | |
| **60f** | Prostate and Testicular Cancer Research and Education Fund .. | **60f** | .00 | |
| **60g** | 9/11 Memorial ............................................ | **60g** | .00 | |
| **60h** | Volunteer Firefighting & EMS Recruitment Fund ....................... | **60h** | .00 | |
| **60i** | Teen Health Education ................................. | **60i** | .00 | |
| **60j** | Veterans Remembrance................................ | **60j** | .00 | |
| **60k** | Homeless Veterans ..................................... | **60k** | .00 | |
| **60l** | Mental Illness Anti-Stigma Fund .................. | **60l** | .00 | |
| **60m** | Women's Cancers Education and Prevention Fund .................. | **60m** | .00 | |
| **60n** | Autism Fund .............................................. | **60n** | .00 | |
| **60o** | Veterans' Homes ........................................ | **60o** | .00 | |
| **60** | **Total voluntary contributions** *(add lines 60a through 60o)* .................. | | **60** | .00 |
| **61** | **Total New York State, New York City, Yonkers, and sales or use taxes, MCTMT, and voluntary contributions** *(add lines 46, 58, 59, and 60)* .................. | | **61** | 148 .00 |

NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM



201003173555

**Page 4** of 4  **IT-201** (2017)   REV 11/17/17 PRO

Your social security number: 103728839

**62** Enter amount from line 61 ......................................................... **62** | 148.00

**Payments and refundable credits** *(see pages 28 through 31)*

| | | |
|---|---|---|
| 63 Empire State child credit | **63** | .00 |
| 64 NYS/NYC child and dependent care credit | **64** | .00 |
| 65 NYS earned income credit (EIC) | **65** | .00 |
| 66 NYS noncustodial parent EIC | **66** | .00 |
| 67 Real property tax credit | **67** | .00 |
| 68 College tuition credit | **68** | .00 |
| 69 NYC school tax credit (fixed amount) *(also complete F on pg 1)* | **69** | 125.00 |
| 69a NYC school tax credit (rate reduction amount) | **69a** | 6.00 |
| 70 NYC earned income credit | **70** | .00 |
| 70a NYC enhanced real property tax credit | **70a** | .00 |
| 71 Other refundable credits *(Form IT-201-ATT, line 18)* | **71** | .00 |
| 72 Total **New York State** tax withheld | **72** | .00 |
| 73 Total **New York City** tax withheld | **73** | .00 |
| 74 Total **Yonkers** tax withheld | **74** | .00 |
| 75 Total estimated tax payments **and** amount paid with Form IT-370 | **75** | .00 |

If applicable, complete **Form(s) IT-2** and/or **IT-1099-R** and submit them with your return *(see page 12)*.
**Do not send** federal Form W-2 with your return.

**76 Total payments** (add lines 63 through 75) ......................... **76** | 131.00

**Your refund, amount you owe, and account information** *(see pages 31 through 34)*

**77** Amount overpaid *(if line 76 is more than line 62, subtract line 62 from line 76)* ..... **77** | .00

**78** Amount of line 77 to be **refunded**   **direct deposit** to checking or   **paper**
**Mark one refund choice:** □ savings account (fill in line 83) - or - □ **check** ..... **78** | .00

**79** Amount of line 77 that you want applied to your **2018** estimated tax *(see instructions)* ... **79** | .00

Refund? Direct deposit is the easiest, fastest way to get your refund.

**79a** Amount of line 77 that you want as a NYS 529 account deposit *(submit Form IT-195)* ... **79a** | .00

**80** Amount you **owe** *(if line 76 is less than line 62, subtract line 76 from line 62)*. To pay by electronic funds withdrawal, mark an **X** in the box [X] and fill in lines 83 and 84. If you pay by check or money order you **must** complete Form IT-201-V and mail it with your return. ... **80** | 17.00

See page 32 for payment options.

**81** Estimated tax penalty *(include this amount in line 80 or reduce the overpayment on line 77; see page 32)* ... **81** | .00

**82** Other penalties and interest *(see page 32)* ... **82** | .00

See page 35 for the proper assembly of your return.

**83** Account information for direct deposit or electronic funds withdrawal *(see page 33)*. If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an **X** in this box *(see pg. 33)* □

**83a** Account type: [X] Personal checking - or - □ Personal savings - or - □ Business checking - or - □ Business savings

**83b** Routing number: 021000089   **83c** Account number: 90591237

**84** Electronic funds withdrawal *(see page 33)* ... Date 04122018   Amount 17.00

| **Third-party designee?** *(see instr.)* Yes [X] No □ | Print designee's name IRFAN KHAN | Designee's phone number ( 718 ) 807-9391 | Personal identification number (PIN) |
| | E-mail: BESTACCOUNTING786@GMAIL.COM | | |

| ▼ **Paid preparer must complete** ▼ *(see instructions)* | Preparer's NYTPRIN 10921079 | NYTPRIN excl. code | | ▼ **Taxpayer(s) must sign here** ▼ |
| Preparer's signature IRFAN KHAN | Preparer's printed name IRFAN KHAN | | | Your signature |
| Firm's name (or yours, if self-employed) BEST ACCOUNTING & TAX SERVICES | Preparer's PTIN or SSN P00489356 | | Your occupation SELF EMPLOYED |
| Address 7232 BROADWAY STE 303 | Employer identification number 260568033 | | Spouse's signature and occupation *(if joint return)* HOUSE WIFE |
| JACKSON HEIGH NY 11372-6360 | Date 01022019 | | Date | Daytime phone number ( ) |
| E-mail: BESTACCOUNTING786@GMAIL.COM | | | E-mail: |

**See instructions for where to mail your return.**

201004173555

EXHIBIT 7

Billu BARBER Filing Receipt
Corporation

This Corporation is
Now CloSED

Case 1:18-cv-02807-ENV-RER   Document 66-2   Filed 03/13/19   Page 38 of 28 PageID #: 1010

```
                              FILING RECEIPT
===============================================================================
ENTITY NAME: BILLU BARBER, CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)              COUNTY: QUEE

===============================================================================
FILED:10/21/2009 DURATION:PERPETUAL   CASH#:091021000487 FILM #:091021000450


     FILER:                                          EXIST DATE
     ------                                          ----------
     MOHAMMAD A RANA                                 10/21/2009
     S.S. ACCOUNTAX SERVICES INC
     PO BOX 580035
     FLUSHING, NY 11358

     ADDRESS FOR PROCESS:
     --------------------
     THE CORPORATION
     70-62 BROADWAY
     JACKSON HEIGHTS, NY 11372

     REGISTERED AGENT:
     -----------------



     STOCK:        200 NPV




===============================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **          SERVICE CODE: 00 *


FEES       195.00                          PAYMENTS     195.00
           --------                                     --------
FILING     125.00                          CASH           0.00
TAX         10.00                          CHECK        195.00
CERT         0.00                          CHARGE         0.00
COPIES      10.00                          DRAWDOWN       0.00
HANDLING    50.00                          OPAL           0.00
                                           REFUND         0.00
===============================================================================
                                           DOS-1025 (04/2007)
```

Exhibit 7