Exhibit 8

Mohammad Rana

Personal Bank Statement

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY          11372-6134

**Statement Period**
**Jan 18 - Feb 19, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF FEBRUARY 19, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,175.55** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | **$0.00** |
| **Credit Cards** | ----- |

Citibank Global Transfers to and from Japan SMBC Bank will be discontinued as of May 5th, 2018. We ask that you please use our Wire Transfer service to send funds to this destination. Please refer to your Client Manual and Marketplace Addendum for information regarding fees and other terms regarding our wire transfer service.

| Checking | | | Balance |
|---|---|---|---|
| Regular Checking | | | $1,175.55 |

| Loans | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 2/19/18) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE CHARGES

| Regular Checking Fees* | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | Waived due to deposit balances |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

## CHECKING ACTIVITY

**Regular Checking**

| 90591237 | **Beginning Balance:** | $1,680.18 |
|---|---|---|
| | **Ending Balance:** | $1,175.55 |


EXHIBIT

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period -  Jan 18 - Feb 19, 2018

001/R1/04F000

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 01/19 | Debit Card Purchase 01/17 02:48p #7465<br>NYCDOT PARKING METERS  LONG IS CITY  NY 18018<br>Autos (rental, service, gas) | 2.00 | | 1,678.18 |
| 01/23 | Debit Card Purchase 01/21 09:38a #7465<br>GEICO *AUTO       800-841-3000  DC 18022<br>Misc Business Services | 115.59 | | 1,562.59 |
| 02/01 | Debit Card Purchase 01/29 05:21a #7465<br>TARGET.COM *       800-591-3869  MN 18031<br>Retail stores | 30.92 | | 1,531.67 |
| 02/02 | ACH Electronic Debit<br>NYC FINANCE     PARKING TK 201803100104082 1 | 290.00 | | 1,241.67 |
| 02/05 | Bill Payment 20180203 CON EDISON      011497 CBOL | 60.20 | | 1,181.47 |
| 02/07 | Debit Card Purchase 02/05 09:59a #7465<br>APL* ITUNES.COM/BILL  866-712-7753  CA 18037<br>Specialty Retail stores | 0.99 | | 1,180.48 |
| 02/13 | ACH Electronic Debit PAYPAL      INST XFER  PAULFREDRIC | 111.96 | | 1,068.52 |
| 02/14 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | |
| 02/14 | ACH Electronic Debit PAYPAL      INST XFER  TEKREPLAY | 594.97 | | 1,175.55 |
| | **Total Subtracted/Added** | **1,206.63** | **702.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft Protection | | |
|------|------|------|
| As of | Source of Coverage | Amount |
| 02/19 | Checking Plus Line of Credit | $2,500 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

#### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

#### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

MOHAMMAD A RANA

Account   90591237            Page 3 of 4
Statement Period -  Jan 18 - Feb 19, 2018

001/R1/04F000

## IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

MOHAMMAD A RANA

Account  90591237
Statement Period -  Jan 18 - Feb 19, 2018

Page 4 of 4

001/R1/04F000

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | | |
| **BALANCE**   (8 less 9 should equal your checkbook balance). | | |

| | |
|---|---|
| Sum of check charges on or above if applicable | |
| Total | |

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY        11372-6134

**Statement Period**
**Feb 20 - Mar 18, 2018**

Page 1  of  4

## BASIC BANKING PACKAGE AS OF MARCH 18, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,193.02** |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | **$0.00** |
| **Credit Cards** | ----- |

Complimentary Auto Save Feature can help you save more.
Weekly $25 transfers to your Savings/Money Market account can get
you an extra $1,300 in savings each year.
It's smart, convenient and easy. Visit www.citibank.com and click on
the services tab to enroll today.

| **Checking** | | | **Balance** |
|---|---|---|---|
| Regular Checking | | | $1,193.02 |

| **Loans** | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 3/18/18) | $2,500.00 | $2,500.00 | $0.00 |

## SUGGESTIONS AND RECOMMENDATIONS

You're invited to apply for a Citibank® Personal Loan.
A personal loan is a smart solution to help you stay in control of large purchases or to pay down high interest rate debt.
With a Citi Personal Loan, you'll get a fixed rate and payment without any surprises.
Visit your nearest Citibank branch, call 1-888-919-3284 or sign in to citi.com/personalloan to apply.

## BASIC BANKING PACKAGE CHARGES

| Regular Checking Fees* | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period -  Feb 20 - Mar 18, 2018

001/R1/04F000

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | | **Beginning Balance:** | $1,175.55 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $1,193.02 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 02/23 | Debit Card Purchase 02/21 09:40a #7465<br>GEICO *AUTO    800-841-3000 DC 18053<br>Misc Business Services | 115.59 | | 1,059.96 |
| 02/27 | Bill Payment CON EDISON          011498 CBOL | 135.03 | | 924.93 |
| 02/28 | Debit Card Purchase 02/26 04:20a #7465<br>TARGET.COM *    800-591-3869 MN 18058<br>Retail stores | 30.92 | | 894.01 |
| 03/07 | Debit Card Purchase 03/05 09:59a #7465<br>APL* ITUNES.COM/BILL  866-712-7753 CA 18065<br>Specialty Retail stores | 0.99 | | 893.02 |
| 03/09 | Bill Payment CHASE MASTERCARD & VISA     011499 CBOL | 400.00 | | 493.02 |
| 03/13 | Debit Card Purchase 03/10 05:22p #7465<br>NYCDOT PARKING METERS  LONG IS CITY NY 18071<br>Autos (rental, service, gas) | 1.00 | | |
| 03/13 | Debit Card Purchase 03/10 03:55p #7465<br>NYCDOT PARKING METERS  LONG IS CITY NY 18071<br>Autos (rental, service, gas) | 1.00 | | 491.02 |
| 03/14 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,193.02 |
| | **Total Subtracted/Added** | **684.53** | **702.00** | |

*All transaction times and dates reflected are based on Eastern Time.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 03/18 | Checking Plus Line of Credit | $2,500 |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

#### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

#### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

MOHAMMAD A RANA

Account   90591237                     Page 3 of 4
Statement Period -  Feb 20 - Mar 18, 2018

001/R1/04F000

## IN CASE OF ERRORS

**In Case of Errors or Questions About Your Electronic Fund Transfers:**

If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**

*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*

*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount,
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

MOHAMMAD A RANA

Account   90591237   Page 4 of 4
Statement Period -   Feb 20 - Mar 18, 2018

001/R1/04F000

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |

001/R1/04F000

Citibank Client Services 000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

**Statement Period**
**Mar 19 - Apr 17, 2018**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY          11372-6134

Page 1 of 4

## BASIC BANKING PACKAGE AS OF APRIL 17, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,740.50** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | **$0.00** |
| **Credit Cards** | ----- |

Citibank Global Transfers to and from Citi Colombia will be discontinued as of June 20th, 2018. We ask that you please use our Wire Transfer service to send funds to this destination. Please refer to your Client Manual and Marketplace Addendum for information regarding fees and other terms regarding our wire transfer service.

| Checking | | | **Balance** |
|---|---|---|---|
| Regular Checking | | | $1,740.50 |
| **Loans** | **Credit Line** | **Amount Available** | **Amount You Owe** |
| Checking Plus Line of Credit (as of 4/17/18) | $2,500.00 | $2,500.00 | $0.00 |

You're invited to apply for a Citibank® Personal Loan.
A personal loan is a smart solution to help you stay in control of large purchases or to pay down high interest rate debt. With a Citi Personal Loan, you'll get a fixed rate and payment without any surprises.
Visit your nearest Citibank branch, call 1-888-920-3494 or sign in to citi.com/personalloan to apply.

## BASIC BANKING PACKAGE CHARGES

| Regular Checking Fees* | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee | | |
| Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MOHAMMAD A RANA

Account 90591237      Page 2 of 4
Statement Period - Mar 19 - Apr 17, 2018

001/R1/04F000

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | | Beginning Balance: | $1,193.02 |
| | | | Ending Balance: | $1,740.50 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 03/21 | ACH Electronic Debit PAYPAL    INST XFER PAULFREDRIC | 31.99 | | 1,161.03 |
| 03/22 | Debit Card Purchase 03/20 08:09p #7465<br>NYS DMV TVB    518-4741575 NY 18080<br>Specialty Retail stores | 138.00 | | 1,023.03 |
| 03/23 | Debit Card Purchase 03/21 09:37a #7465<br>GEICO *AUTO    800-841-3000 DC 18081<br>Misc Business Services | 115.59 | | 907.44 |
| 03/26 | Debit PIN Purchase DA TANG MANAGEM    JAMAICA    NYUS00155 | 40.74 | | 866.70 |
| 03/27 | ACH Electronic Debit PAYPAL    INST XFER NEXGEN | 150.00 | | 716.70 |
| 03/28 | Debit Card Purchase 03/26 03:53a #7465<br>TARGET.COM *    800-591-3869 MN 18086<br>Retail stores | 30.92 | | |
| 03/28 | Bill Payment CON EDISON    011500 CBOL | 53.04 | | 632.74 |
| 04/02 | ACH Electronic Debit<br>NYC FINANCE    PARKING TK 2018090001037711 | 65.00 | | 567.74 |
| 04/03 | Debit Card Purchase 03/31 12:55p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18092<br>Autos (rental, service, gas) | 2.50 | | 565.24 |
| 04/10 | Debit Card Purchase 04/05 10:00a #7465<br>APL* ITUNES.COM/BILL 866-712-7753 CA 18097<br>Specialty Retail stores | 0.99 | | 564.25 |
| 04/11 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,266.25 |
| 04/12 | Debit Card Purchase 04/10 01:00p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18101<br>Autos (rental, service, gas) | 1.00 | | |
| 04/12 | Debit Card Purchase 04/10 01:51p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18101<br>Autos (rental, service, gas) | 1.25 | | 1,264.00 |
| 04/13 | Deposit 04:54p Teller | | 500.00 | 1,764.00 |
| 04/16 | ACH Electronic Debit NYS DTF PIT    Tax Paymnt | 17.00 | | 1,747.00 |
| 04/17 | Debit PIN Purchase<br>THE HOME DEPOT 6844    E ELMHURST NYUS05152 | 6.50 | | 1,740.50 |
| | **Total Subtracted/Added** | **654.52** | **1,202.00** | |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

| Overdraft Protection | | |
|------|--------------------|--------|
| As of | Source of Coverage | Amount |
| 04/17 | Checking Plus Line of Credit | $2,500 |

Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.

MOHAMMAD A RANA

Account  90591237          Page 3 of 4
Statement Period -  Mar 19 - Apr 17, 2018

001/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### LOANS

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

MOHAMMAD A RANA

Account   90591237            Page 4 of 4
Statement Period -  Mar 19 - Apr 17, 2018

001/R1/04F000

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**    (8 less 9 should equal your checkbook balance).

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on or above if applicable | |
| Total | |

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY          11372-6134

**Statement Period**
**Apr 18 - May 17, 2018**

Page 1  of  4

## BASIC BANKING PACKAGE AS OF MAY 17, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $1,486.24 |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | $0.00 |
| **Credit Cards** | ----- |

Help protect yourself from fraud
Awareness is the key to protecting yourself from fraud. Never provide personal information in response to an unsolicited request by fax, phone, email or mail.
Immediately delete suspicious emails without opening them. Always be aware of the source of checks that are deposited to your account. Avoid becoming a victim and protect your information and your accounts. If you have any questions, please call us at 1-800-274-6660. In the NY metro area call 1-800-627-3999.

| | **Balance** |
|---|---|
| **Checking** | $1,486.24 |
| Regular Checking | |

| **Loans** | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|
| Checking Plus Line of Credit (as of 5/17/18) | $2,500.00 | $2,500.00 | $0.00 |

You're invited to apply for a Citibank® Personal Loan.
A personal loan is a smart solution to help you stay in control of large purchases or to pay down high interest rate debt. With a Citi Personal Loan, you'll get a fixed rate and payment without any surprises.
Visit your nearest Citibank branch, call 1-888-920-3494 or sign in to
citi.com/personalloan to apply.

## BASIC BANKING PACKAGE CHARGES

| Regular Checking Fees* | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee<br><br>Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

MOHAMMAD A RANA

## CHECKING ACTIVITY

### Regular Checking    90591237

| | Beginning Balance: | $1,740.50 |
|---|---|---|
| | Ending Balance: | $1,486.24 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 04/19 | ACH Electronic Debit  NYC FINANCE  PARKING TK 2018107001025721 | 165.00 | | 1,575.50 |
| 04/24 | ACH Electronic Debit PAYPAL  INST XFER PHARMAPACKS | 36.31 | | |
| 04/24 | Debit Card Purchase 04/21 12:48p #7465  GEICO *AUTO  800-841-3000 DC 18113 | 115.59 | | 1,423.60 |
| 04/25 | Debit Card Purchase 04/23 06:35a #7465  Misc Business Services  TARGET.COM *  800-591-3869 MN 18114 | 30.92 | | 1,392.68 |
| 04/27 | Debit Card Purchase 04/25 06:12p #7465  Retail stores  OF QUEENS CENTER MALL ELMHURST  NY 18116 | 5.25 | | 1,387.43 |
| 05/02 | Debit Card Purchase 04/30 06:1:90 #7465  Autos (rental, service, gas)  NYCDOT PARKING METERS LONG IS CITY NY 18121 | 0.75 | | 1,386.68 |
| 05/04 | Debit Card Purchase 05/01 06:40p #7465  Autos (rental, service, gas)  XOOM/VABOX.COM  DALLAS  TX 18123 | 230.00 | | 1,156.68 |
| 05/07 | Bill Payment 20180505 MACYS(ALL DIVISION)  011501 CBOL | 76.10 | | 1,080.58 |
| 05/08 | Debit PIN Purchase  THE HOME DEPOT 6844  E ELMHURST NYUS05152 | 20.65 | | 1,059.93 |
| 05/09 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHANMMD A RANA | | 702.00 | |
| 05/09 | Debit Card Purchase 05/08 #7465  855-538-4323 NJ 18126 | 75.95 | | 1,685.98 |
| 05/10 | Deposit 02:35P Teller | | 2,000.00 | 3,685.98 |
| 05/11 | Debit PIN Purchase  THE HOME DEPOT #1255  LONG ISLAND CIYUS05152 | 21.74 | | 3,664.24 |
| 05/14 | Bill Payment 20180513  CHASE MASTERCARD & VISA  011502 CBOL | 178.00 | | |
| 05/14 | Check # 2198 | 2,000.00 | | 1,486.24 |
| | **Total Subtracted/Added** | 2,956.26 | 2,702.00 | |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

#### Overdraft Protection

| As of | Source of Coverage | Amount |
|---|---|---|
| 05/17 | Checking Plus Line of Credit | $2,500 |

Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>TDD: 800-945-0258<br>(For Speech and Hearing<br>Impaired Customers Only) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

000/R1/04F000

MOHAMMAD A RANA

Account   90591237                        Page 3 of 4
Statement Period -  Apr 18 - May 17, 2018

001/R1/04F000

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

## CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

## CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

## IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

MOHAMMAD A RANA

Account   90591237
Statement Period -   Apr 18 - May 17, 2018

Page 4 of 4

001/R1/04F000

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | | |
| **BALANCE**   (8 less 9 should equal your checkbook balance). | | |

| Sum of check charges on or above if applicable | |
|---|---|
| Total | |

001/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY          11372-6134

**Statement Period**
**May 18 - Jun 17, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF JUNE 17, 2018

### Relationship Summary:

| Checking | $1,118.01 |
|---|---|
| Savings | ----- |
| Investments (not FDIC Insured) | ----- |
| Loans | $0.00 |
| Credit Cards | ----- |

| Checking | | | **Balance** |
|---|---|---|---|
| Regular Checking | | | $1,118.01 |

| Loans | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 6/17/18) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

**Regular Checking**
**90591237**

| | |
|---|---|
| **Beginning Balance:** | $1,486.24 |
| **Ending Balance:** | $1,118.01 |

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period -  May 18 - Jun 17, 2018

001/R1/04F000

## CHECKING ACTIVITY                                                                   Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 05/18 | Debit PIN Purchase<br>FOOD BAZAAR 42-02 NORT LONG ISLAND CNYUS05154 | 224.98 | | |
| 05/18 | Debit Card Purchase 05/16 03:30p #7465<br>NYCDOT PARKING METERS  LONG IS CITY NY 18137<br>Autos (rental, service, gas) | 2.00 | | 1,259.26 |
| 05/21 | Debit Card Purchase 05/16 07:08a #7465<br>EMS*NUTRISLICER    866-248-9853 CT 18138<br>Misc Mail & Phone orders | 40.22 | | 1,219.04 |
| 05/22 | Debit PIN Purchase DA TANG MANAGEM    JAMAICA   NYUS00155 | 47.25 | | 1,171.79 |
| 05/23 | Debit Card Purchase 05/21 07:55p #7465<br>TARGET.COM *    800-591-3869 MN 18142<br>Retail stores | 2.08 | | |
| 05/23 | Debit Card Purchase 05/22 #7465<br>TARGET.COM *    800-591-3869 MN 18142<br>Retail stores | 2.92 | | |
| 05/23 | Debit Card Purchase 05/21 06:57a #7465<br>TARGET.COM *    800-591-3869 MN 18142<br>Retail stores | 25.48 | | |
| 05/23 | Debit Card Purchase 05/21 09:38a #7465<br>GEICO *AUTO    800-841-3000 DC 18142<br>Misc Business Services | 115.55 | | 1,025.76 |
| 05/24 | Debit Card Purchase 05/22 02:37p #7465<br>NYCDOT PARKING METERS  LONG IS CITY NY 18143<br>Autos (rental, service, gas) | 1.00 | | |
| 05/24 | Debit Card Purchase 05/22 07:24p #7465<br>PHARMAPACKS, LLC    8557972257  NY 18143<br>Food & Beverages | 55.40 | | 969.36 |
| 05/29 | Debit Card Purchase 05/24 11:55a #7465<br>NEW YORK STATE DMV    JAMAICA    NY 18145<br>Specialty Retail stores | 186.00 | | 783.36 |
| 06/01 | Debit Card Purchase 05/30 07:19p #7465<br>NEW YORK STATE DMV    518-4740904  NY 18151<br>Specialty Retail stores | 158.50 | | 624.86 |
| 06/05 | ACH Electronic Debit IAT PAYPAL NEWCHICCOMP<br>NEWCHICCOMP | 24.85 | | 600.01 |
| 06/11 | Bill Payment 20180610 MACYS(ALL DIVISIONS)    011503 CBOL | 184.00 | | 416.01 |
| 06/13 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,118.01 |
| | **Total Subtracted/Added** | **1,070.23** | **702.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 06/17 | Checking Plus Line of Credit | $2,500 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

YOU CAN CALL:

YOU CAN WRITE:

Checking
Checking Plus Line of Credit

888-248-4226
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966

FOR BILLING INQUIRIES:

For Billing Inquiries calling
or e-mailing will not preserve
your rights.

Citibank
PO Box 769004
San Antonio, TX 78245-9004

CREDIT BUREAU DISPUTES:

Citibank
PO Box 6181
Sioux Falls, SD 57117-6181

MOHAMMAD A RANA

Account  90591237                    Page 3 of 4
Statement Period -  May 18 - Jun 17, 2018

001/R1/04F000

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

## CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

## CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

## IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

MOHAMMAD A RANA

Account   90591237
Statement Period -  May 18 - Jun 17, 2018

Page 4 of 4

001/R1/04F000

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not
required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake,
  you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

| | Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|---|
| | Number or Date | Amount |

1. List in your checkbook any deposits, withdrawals and service charges which are shown on
   your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all
   issued checks that have not been paid by Citibank together with any applicable check charges
   and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized
   transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown
   on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

| | Sum of check charges on or above if applicable | |

**BALANCE**   (8 less 9 should equal your checkbook balance).

| | Total | |

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

010/R1/04F000

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD  A  RANA
7046  BROADWAY  FLOOR  1ST
JACKSON  HEIGHTS  NY          11372-6134

**Statement Period**
**Jun 18 - Jul 17, 2018**

Page 1  of  4

## BASIC BANKING PACKAGE AS OF JULY 17, 2018

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$609.31** |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | **$0.00** |
| **Credit Cards** | ----- |

| Checking | | | Balance |
|---|---|---|---|
| Regular Checking | | | $609.31 |

| Loans | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 7/17/18) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | **Beginning Balance:** | $1,118.01 |
|---|---|---|
| | **Ending Balance:** | $609.31 |

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period -  Jun 18 - Jul 17, 2018

010/R1/04F000

## CHECKING ACTIVITY                                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 06/19 | Debit PIN Purchase<br>NATIONAL WHOLESALE   LONG ISLAND CNYUS02159 | 23.27 | | |
| 06/19 | Debit PIN Purchase<br>COSTCO WHSE #0243   LONG ISLAND CNYUS05153 | 228.28 | | 866.46 |
| 06/20 | Debit Card Purchase 06/18 02:16a #7465<br>TARGET.COM *   800-591-3869 MN 18170<br>Retail stores | 30.92 | | 835.54 |
| 06/22 | Debit Card Purchase 06/20 12:48p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18172<br>Autos (rental, service, gas) | 0.50 | | |
| 06/22 | Debit Card Purchase 06/20 03:33p #7465<br>CP QUEENS CENTER MALL ELMHURST   NY 18172<br>Autos (rental, service, gas) | 3.00 | | 832.04 |
| 06/25 | Debit Card Purchase 06/21 09:55a #7465<br>GEICO *AUTO   800-841-3000 DC 18173<br>Misc Business Services | 350.28 | | 481.76 |
| 07/03 | Debit Card Purchase 06/29 07:11p #7465<br>DSI NJ EZPASS W   MILWAUKEE   WI 18181 | 56.45 | | 425.31 |
| 07/09 | Bill Payment MACYS(ALL DIVISIONS)   011504 CBOL | 60.00 | | 365.31 |
| 07/11 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | |
| 07/11 | Debit Card Purchase 07/09 02:57p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18191<br>Autos (rental, service, gas) | 2.00 | | 1,065.31 |
| 07/13 | Debit Card Purchase 07/11 04:29p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18193<br>Autos (rental, service, gas) | 1.00 | | |
| 07/13 | Bill Payment CHASE MASTERCARD & VISA   011505 CBOL | 455.00 | | 609.31 |
| | **Total Subtracted/Added** | **1,210.70** | **702.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 07/17 | Checking Plus Line of Credit | $2,500 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

MOHAMMAD A RANA

Account  90591237
Statement Period -  Jun 18 - Jul 17, 2018

Page 3 of 4

010/R1/04F000

## CHECKING AND SAVINGS

**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

## CERTIFICATES OF DEPOSIT

Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

## IN CASE OF ERRORS

**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

MOHAMMAD A RANA

Account   90591237                              010/R1/04F000
Statement Period -  Jun 18 - Jul 17, 2018        Page 4 of 4

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY      11372-6134

**Statement Period**
**Jul 18 - Aug 19, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF AUGUST 19, 2018

### Relationship Summary:

| Checking | $947.22 |
|---|---|
| Savings | ----- |
| Investments (not FDIC Insured) | ----- |
| Loans | $0.00 |
| Credit Cards | ----- |

| Checking | | | Balance |
|---|---|---|---|
| Regular Checking | | | $947.22 |

| Loans | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 8/19/18) | $2,500.00 | $2,500.00 | $0.00 |

## SUGGESTIONS AND RECOMMENDATIONS

**Notice: The Citibank Client Manual-Consumer Accounts now includes the following terms.** When you provide a mobile phone number to us, you authorize your wireless operator (AT&T, Sprint, T-Mobile, US Cellular, Verizon, or any other branded wireless operator) to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber status details, if available, solely to allow verification of your identity and to compare information you have provided to Citi with your wireless operator account profile information for the duration of your business relationship with Citibank.

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period - Jul 18 - Aug 19, 2018

010/R1/04F000

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | **Beginning Balance:** | $609.31 |
| | | **Ending Balance:** | $947.22 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/24 | Debit Card Purchase 07/21 09:36a #7465<br>GEICO *AUTO          800-841-3000 DC 18204<br>Misc Business Services | 219.86 | | 389.45 |
| 07/26 | Debit Card Purchase 07/24 04:04p #7465<br>NYCDOT PARKING METERS LONG IS CITY NY 18206<br>Autos (rental, service, gas) | 2.00 | | 387.45 |
| 08/06 | Debit Card Purchase 08/01 02:04p #7465<br>WALMART.COM          8009666546  AR 18215<br>Retail stores | 77.57 | | 309.88 |
| 08/08 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,011.88 |
| 08/16 | Debit Card Purchase 08/14 03:25p #7465<br>TARGET.COM *          800-591-3869 MN 18227<br>Retail stores | 59.66 | | 952.22 |
| 08/17 | Debit Card Purchase 08/16 #7465<br>TARGET.COM *          800-591-3869 MN 18228<br>Retail stores | 5.00 | | 947.22 |
| | **Total Subtracted/Added** | **364.09** | **702.00** | |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

| Overdraft Protection | | |
|------|------|------|
| As of | Source of Coverage | Amount |
| 08/19 | Checking Plus Line of Credit | $2,500 |

Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

MOHAMMAD A RANA

Account 90591237 Page 3 of 4
Statement Period - Jul 18 - Aug 19, 2018

010/R1/04F000

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**LOANS**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.



**MOHAMMAD A RANA**

Account 90591237

Page 4 of 4
Statement Period - Jul 18 - Aug 19, 2018

010/R1/04F000

Citibank Is an Equal Housing Lender.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

## TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
| --- | --- |
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
| --- | --- | --- |
| 6. Record Closing Balance here (as shown on statement). | | |
| 7. Add deposits or transfers you recorded which are not shown on this statement. | | |
| | | |
| | | |
| 8. Total (6 and 7 above). | | |
| 9. Enter Total "Checks and Other Withdrawals Outstanding" (from right). | | |
| **BALANCE**   (8 less 9 should equal your checkbook balance). | | |

| Sum of check charges on or above if applicable | |
| --- | --- |
| Total | |

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
90591237

**Statement Period**
Aug 20 - Sep 17, 2018

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST   11372-6134
JACKSON HEIGHTS NY

Page 1 of 4

## BASIC BANKING PACKAGE AS OF SEPTEMBER 17, 2018

Citibank's Privacy Notice is now available to view. On the Download Recent Statement page, select the Legal and Marketing Notices link for your most recent statement, then select the Legal Notice link to view the Privacy Notice.

| Relationship Summary: | $916.92 |
|---|---|
| Checking | ----- |
| Savings | ----- |
| Investments (not FDIC Insured) | $0.00 |
| Loans | ----- |
| Credit Cards | |

| | Balance |
|---|---|
| | $916.92 |

| | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| **Checking** | | | |
| Regular Checking | | | $0.00 |
| **Loans** | | | |
| Checking Plus Line of Credit (as of 9/17/18) | $2,500.00 | $2,500.00 | |

You're invited to apply for a Citibank® Personal Loan.
A personal loan is a smart solution to help you stay in control of large purchases or to pay down high interest rate debt. With a Citi Personal Loan you'll get a fixed rate and payment without any surprises. Visit your nearest Citibank branch, call 1-888-920-3494 or sign in to citi.com/personalloans to apply.

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

MOHAMMAD A RANA

Account  90591237      Page 4 of 4
Statement Period -  Aug 20 - Sep 17, 2018

010/R1/04F000

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not
required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake,
  you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on
   your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all
   issued checks that have not been paid by Citibank together with any applicable check charges
   and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized
   transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown
   on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Sum of check charges on or above if applicable |  |
| Total |  |

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
| **90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY        11372-6134

**Statement Period
Sep 18 - Oct 17, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF OCTOBER 17, 2018

### Relationship Summary:

| Checking | $1,401.12 |
|---|---|
| Savings | ----- |
| Investments (not FDIC Insured) | ----- |
| Loans | $0.00 |
| Credit Cards | ----- |

| Checking | | | Balance |
|---|---|---|---|
| Regular Checking | | | $1,401.12 |

| Loans | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 10/17/18) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | Beginning Balance: | $916.92 |
|---|---|---|
| | Ending Balance: | $1,401.12 |

MOHAMMAD A RANA

Account 90591237          Page 2 of 4
Statement Period - Sep 18 - Oct 17, 2018

010/R1/04F000

## CHECKING ACTIVITY                                                                                  Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 09/18 | Debit Card Purchase 09/15 04:10p #7465 NYCDOT PARKING METERS LONG IS CITY NY 18260 Autos (rental, service, gas) | 1.00 | | 915.92 |
| 09/24 | Debit PIN Purchase DA TANG MANAGEM    JAMAICA   NYUS00155 | 48.97 | | |
| 09/24 | Debit Card Purchase 09/19 04:21p #7465 TOLLS BY MAIL    800-333-8655 NY 18264 Misc Transportation | 8.50 | | 858.45 |
| 09/25 | Debit Card Purchase 09/21 09:39a #7465 GEICO *AUTO    800-841-3000 DC 18265 Misc Business Services | 219.86 | | 638.59 |
| 09/27 | ACH Electronic Debit NYC FINANCE    PARKING TK 201826800102604 1 | 115.00 | | 523.59 |
| 09/28 | Debit Card Purchase 09/26 01:29p #7465 NYCDOT PARKING METERS LONG IS CITY NY 18270 Autos (rental, service, gas) | 4.00 | | 519.59 |
| 10/02 | Bill Payment CON EDISON    011507 CBOL | 120.00 | | 399.59 |
| 10/03 | Debit Card Purchase 10/01 #7465 WALMART.COM    800-966-6546 AR 18275 Retail stores | 31.78 | | |
| 10/03 | Debit Card Purchase 09/30 06:23p #7465 WALMART.COM    800-966-6546 AR 18275 Retail stores | 38.80 | | 329.01 |
| 10/05 | Debit Card Purchase 10/01 11:01p #7465 BLS*JADOOTV    209-523-6688 CA 18277 Phones, Cable & Utilities | 4.99 | | |
| 10/05 | Debit Card Purchase 10/03 06:37p #7465 WALMART.COM    800-966-6546 AR 18277 Retail stores | 9.90 | | 314.12 |
| 10/09 | Debit PIN Purchase BP#5986807ASTOR    ASTORIA   NYUS00155 | 47.50 | | 266.62 |
| 10/10 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | |
| 10/10 | Debit Card Purchase 10/06 11:56a #7465 NYCDOT PARKING METERS LONG IS CITY NY 18281 Autos (rental, service, gas) | 2.50 | | 966.12 |
| 10/15 | Citibank Global Transfer 10/13 07:53p 0005262188401642103 181013CITIBANK ONLINE MOHAMMAD RANA | | 1.00 | |
| 10/15 | Citibank Global Transfer 10/13 08:03p 0005262188401119015 181013CITIBANK MOBILE MOHAMMAD RANA | | 599.00 | |
| 10/15 | ACH Electronic Debit NYC FINANCE    PARKING TK 201828400108477 1 | 50.00 | | 1,516.12 |
| 10/17 | ACH Electronic Debit NYC FINANCE    PARKING TK 201828800109819 1 | 115.00 | | 1,401.12 |
| | **Total Subtracted/Added** | **817.80** | **1,302.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 10/17 | Checking Plus Line of Credit | $2,500 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

MOHAMMAD A RANA

Account  90591237        Page 3 of 4
Statement Period - Sep 18 - Oct 17, 2018

010/R1/04F000

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking
Checking Plus Line of Credit

FOR BILLING INQUIRIES:

CREDIT BUREAU DISPUTES:

YOU CAN CALL:

888-248-4226
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

For Billing Inquiries calling
or e-mailing will not preserve
your rights.

YOU CAN WRITE:

Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966

Citibank
PO Box 769004
San Antonio, TX 78245-9004

Citibank
PO Box 6181
Sioux Falls, SD 57117-6181

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### LOANS
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

MOHAMMAD A RANA

Account   90591237

Page 4 of 4

Statement Period -  Sep 18 - Oct 17, 2018

010/R1/04F000

**Other Information**
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding" (from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

| Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|
| Number or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on or above if applicable | |
| Total | |

010/R1/04F000

Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY            11372-6134

**Statement Period**
**Oct 18 - Nov 18, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF NOVEMBER 18, 2018

**Relationship Summary:**

| Checking | $1,187.71 | | | |
|---|---|---|---|---|
| Savings | ----- | | | |
| Investments (not FDIC Insured) | ----- | | | |
| Loans | $0.00 | | | |
| Credit Cards | ----- | | | |

| Checking | | | | **Balance** |
|---|---|---|---|---|
| Regular Checking | | | | $1,187.71 |

| Loans | | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|---|
| Checking Plus Line of Credit  (as of 11/18/18) | | $2,500.00 | $2,500.00 | $0.00 |

Share the benefits of Citi.
Refer Friends and Family and Earn Cash Rewards.
Talk with your Personal Banker about how to earna cash bonus with our
Member-Get-Member progam when your referral opens an eligible Citibank
checking account. Enrollment required.

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment
during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous
calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone
Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on
your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on
how we determine your monthly fees and charges.

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period -  Oct 18 - Nov 18, 2018

010/R1/04F000

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | **Beginning Balance:** | $1,401.12 |
| --- | --- | --- | --- |
| | | **Ending Balance:** | $1,187.71 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
| --- | --- | --- | --- | --- |
| 10/18 | ACH Electronic Debit PAYPAL     INST XFER  JOSBANKCLOT | 87.95 | | 1,313.17 |
| 10/23 | Foreign Transaction Fee NADRA     ISLAMABAD   PAK18295 | 2.36 | | |
| 10/23 | Debit Card Purchase 10/18 02:29p #7465<br>NADRA     ISLAMABAD   PAK18295<br>Specialty Retail stores | 78.51 | | |
| 10/23 | Debit Card Purchase 10/21 09:32a #7465<br>GEICO  *AUTO     800-841-3000  DC 18295<br>Misc Business Services | 219.86 | | 1,012.44 |
| 10/24 | Debit PIN Purchase DA TANG MANAGEM     JAMAICA    NYUS00155 | 47.72 | | 964.72 |
| 10/29 | ACH Electronic Debit PAYPAL     INST XFER  JOSBANKCLOT | 59.88 | | 904.84 |
| 10/30 | ACH Electronic Debit<br>NYC FINANCE    PARKING TK 201830100104422 1 | 50.00 | | |
| 10/30 | Debit Card Purchase 10/26 #7465<br>HARMON ECOMM #8641   9732560989  NJ 18300<br>Specialty Retail stores | 44.45 | | 810.39 |
| 11/01 | Debit Card Purchase 10/30 10:35a #7465<br>NYCDOT PARKING METERS  LONG IS CITY  NY 18304<br>Autos (rental, service, gas) | 2.00 | | 808.39 |
| 11/05 | Debit PIN Purchase WILBUR CROSS PK     ORANGE     CTUS00155 | 38.99 | | 769.40 |
| 11/06 | Debit Card Purchase 11/01 12:44p #7465<br>U-HAUL MOVING & STORAG WOODSIDE    NY 18307<br>Autos (rental, service, gas) | 3.00 | | |
| 11/06 | Debit Card Purchase 11/01 10:01p #7465<br>BLS*JADOOTV     209-523-6688  CA 18309<br>Phones, Cable & Utilities | 4.99 | | |
| 11/06 | Debit Card Purchase 11/01 #7465<br>U-HAUL MOVING & STORAG WOODSIDE     NY 18307<br>Autos (rental, service, gas) | 70.70 | | 690.71 |
| 11/13 | Debit Card Purchase 11/08 05:35p #7465<br>DEBORAH ANN MAGEE PC  NEW YORK    NY 18313 | 125.00 | | 565.71 |
| 11/14 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,267.71 |
| 11/15 | Bill Payment CHASE MASTERCARD & VISA     011508 CBOL | 80.00 | | 1,187.71 |
| | **Total Subtracted/Added** | 915.41 | 702.00 | |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next
business day.

| Overdraft Protection | | |
| --- | --- | --- |
| As of | Source of Coverage | Amount |
| 11/18 | Checking Plus Line of Credit | $2,500 |

Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from
your money market to cover overdrafts or use of uncollected funds in your checking account.

MOHAMMAD A RANA

Account 90591237     Page 3 of 4
Statement Period - Oct 18 - Nov 18, 2018

010/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

### LOANS

#### Checking Plus Line of Credit - Fixed Rate and Variable Rate
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

MOHAMMAD A RANA

Account   90591237                    Page 4 of 4
Statement Period -  Oct 18 - Nov 18, 2018

010/R1/04F000

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

Citibank is an Equal Housing Lender.



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

|  | Checks and Other Withdrawals Outstanding (Made by you but not yet indicated as paid on your statement) | |
|---|---|---|
| 1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly. | **Number or Date** | **Amount** |
| 2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement. |  |  |
| 3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement. |  |  |
| 4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted. |  |  |
| 5. Add to your checkbook balance any interest-earned deposit shown on this statement. |  |  |
| 6. Record Closing Balance here (as shown on statement). |  |  |
| 7. Add deposits or transfers you recorded which are not shown on this statement. |  |  |
| 8. Total (6 and 7 above). |  |  |
| 9. Enter Total "Checks and Other Withdrawals Outstanding"(from right). | Sum of check charges on or above if applicable |  |
| **BALANCE**     (8 less 9 should equal your checkbook balance). | **Total** |  |

010/R1/04F000

Citibank Client Services   000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

**Statement Period**
**Nov 19 - Dec 17, 2018**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY        11372-6134

Page 1 of 4

## BASIC BANKING PACKAGE AS OF DECEMBER 17, 2018

### Relationship Summary:

| | |
|---|---|
| **Checking** | $626.22 |
| **Savings** | ----- |
| **Investments** (not FDIC Insured) | ----- |
| **Loans** | $0.00 |
| **Credit Cards** | ----- |

| Checking | | | **Balance** |
|---|---|---|---|
| Regular Checking | | | $626.22 |

| Loans | **Credit Line** | **Amount Available** | **Amount You Owe** |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 12/17/18) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | **Beginning Balance:** | $1,187.71 |
|---|---|---|---|
| | | **Ending Balance:** | $626.22 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 11/21 | Check # 2199 | 645.00 | | 542.71 |

MOHAMMAD A RANA

Account  90591237          Page 2 of 4
Statement Period - Nov 19 - Dec 17, 2018

010/R1/04F000

## CHECKING ACTIVITY                                                                                    Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 11/26 | Debit Card Purchase 11/21 09:33a #7465<br>GEICO *AUTO     800-841-3000 DC 18326<br>Misc Business Services | 219.80 | | 322.91 |
| 11/29 | Debit Card Purchase 11/26 #7465<br>JOSABANK CLOTHIERS 403 8002852265    MD 18332<br>Misc Mail & Phone orders | 49.00 | | |
| 11/29 | Debit Card Purchase 11/28 #7465<br>WALMART.COM     8009666546   AR 18332<br>Retail stores | 77.52 | | 196.39 |
| 12/04 | Debit Card Purchase 12/01 10:01p #7465<br>BLS*JADOOTV     209-523-6688 CA 18337<br>Phones, Cable & Utilities | 4.99 | | 191.40 |
| 12/12 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | |
| 12/12 | ACH Electronic Debit<br>NYC FINANCE     PARKING TK 201834400106543 1 | 65.00 | | 828.40 |
| 12/13 | ACH Electronic Debit<br>NYC FINANCE     PARKING TK 201834500105255 1 | 45.00 | | 783.40 |
| 12/14 | Bill Payment CHASE MASTERCARD & VISA     011509 CBOL | 157.18 | | 626.22 |
| | **Total Subtracted/Added** | **1,263.49** | **702.00** | |

All transaction times and dates reflected are based on Eastern Time.
Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 12/17 | Checking Plus Line of Credit | $2,500 |

Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking
Checking Plus Line of Credit

FOR BILLING INQUIRIES:

CREDIT BUREAU DISPUTES:

YOU CAN CALL:

888-248-4226
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

For Billing Inquiries calling
or e-mailing will not preserve
your rights.

YOU CAN WRITE:

Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966

Citibank
PO Box 769004
San Antonio, TX 78245-9004

Citibank
PO Box 6181
Sioux Falls, SD 57117-6181

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

MOHAMMAD A RANA                    Account  90591237            Page 3 of 4          010/R1/04F000
                                   Statement Period -  Nov 19 - Dec 17, 2018

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:** Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: (1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**LOANS**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
  • *Account information:* Your name and account number.
  • *Dollar amount:* The dollar amount of the suspected error.
  • *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount,
  • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



© 2018 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

MOHAMMAD A RANA

Account  90591237

Page 4 of 4

Statement Period -  Nov 19 - Dec 17, 2018

010/R1/04F000

### TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Sum of check charges on or above if applicable | |
| Total | |

010/R1/04F000

'Citibank Client Services    000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY          11372-6134

**Statement Period**
**Dec 18 - Jan 17, 2019**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF JANUARY 17, 2019

### Relationship Summary:

| Checking | $15.37 |
|---|---|
| Savings | ----- |
| Investments (not FDIC Insured) | ----- |
| Loans | $0.00 |
| Credit Cards | ----- |

| Checking | Balance |
|---|---|
| Regular Checking | $15.37 |

| Loans | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus Line of Credit  (as of 1/17/19) | $2,500.00 | $2,500.00 | $0.00 |

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | $12.00(Waived) |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | Beginning Balance: | $626.22 |
|---|---|---|---|
| | | Ending Balance: | $15.37 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/20 | Debit Card Purchase 12/18 03:06p #7465 NYCDOT PARKING METERS  LONG IS CITY  NY 18353 Autos (rental, service, gas) | 2.50 | | 623.72 |

MOHAMMAD A RANA

Account 90591237 Page 2 of 4
Statement Period - Dec 18 - Jan 17, 2019

010/R1/04F000

## CHECKING ACTIVITY Continued

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 12/26 | Debit Card Purchase 12/21 09:36a #7465<br>GEICO *AUTO   800-841-3000 DC 18356<br>Misc Business Services | 231.35 | | 392.37 |
| 01/08 | Cash Withdrawal 01/08 03:05p #7464 Teller | 380.00 | | 12.37 |
| 01/09 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 713.00 | 725.37 |
| 01/11 | Cash Withdrawal 01/11 11:37a #7464 Teller | 710.00 | | 15.37 |
| | **Total Subtracted/Added** | **1,323.85** | **713.00** | |

*All transaction times and dates reflected are based on Eastern Time.*
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 01/17 | Checking Plus Line of Credit | $2,500 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking<br>Checking Plus Line of Credit | 888-248-4226<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | Citibank Client Services<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |
| FOR BILLING INQUIRIES: | For Billing Inquiries calling<br>or e-mailing will not preserve<br>your rights. | Citibank<br>PO Box 769004<br>San Antonio, TX 78245-9004 |
| CREDIT BUREAU DISPUTES: | | Citibank<br>PO Box 6181<br>Sioux Falls, SD 57117-6181 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING AND SAVINGS
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

### IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

MOHAMMAD A RANA

Account  90591237
Statement Period -  Dec 18 - Jan 17, 2019

Page 3 of 4

010/R1/04F000

The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
*Checks drawn against a business account are not acceptable as payment for a personal loan obligation.*

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement*

If you think there is an error on your statement, write to us at the address shown in the Customer Service Information section on your statement (Attn: Checking Plus).
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount,
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Citibank is an Equal Housing Lender.**



© 2019 Citigroup Inc.  Citibank, N.A. Member FDIC.
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

MOHAMMAD A RANA                     Account  90591237              Page 4 of 4          010/R1/04F000
                                    Statement Period -  Dec 18 - Jan 17, 2019

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT, FOLLOW THESE SIMPLE RULES**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the **"Checks and Other Withdrawals Outstanding"** column at the right all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. Record Closing Balance here (as shown on statement).

7. Add deposits or transfers you recorded which are not shown on this statement.

8. Total (6 and 7 above).

9. Enter Total "Checks and Other Withdrawals Outstanding"(from right).

**BALANCE**   (8 less 9 should equal your checkbook balance).

Checks and Other Withdrawals Outstanding
(Made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |

Sum of check charges on or above if applicable

Total

010/R1/04F000

Citibank Client Services 000
PO Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
**90591237**

MOHAMMAD A RANA
7046 BROADWAY FLOOR 1ST
JACKSON HEIGHTS NY 11372-6134

**Statement Period**
**Aug 20 - Sep 17, 2018**

Page 1 of 4

## BASIC BANKING PACKAGE AS OF SEPTEMBER 17, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $916.92 |
| **Savings** | ----- |
| **Investments (not FDIC Insured)** | ----- |
| **Loans** | $0.00 |
| **Credit Cards** | ----- |

Citibank's Privacy Notice is now available to view. On the Download Recent Statement page, select the Legal and Marketing Notices link for your most recent statement, then select the Legal Notice link to view the Privacy Notice.

| **Checking** | | | **Balance** |
|---|---|---|---|
| Regular Checking | | | $916.92 |
| **Loans** | **Credit Line** | **Amount Available** | **Amount You Owe** |
| Checking Plus Line of Credit (as of 9/17/18) | $2,500.00 | $2,500.00 | $0.00 |

You're invited to apply for a Citibank® Personal Loan.
A personal loan is a smart solution to help you stay in control of large purchases or to pay down high interest rate debt. With a Citi Personal Loan you'll get a fixed rate and payment without any surprises.
Visit your nearest Citibank branch, call 1-888-920-3494 or sign in to citi.com/personalloans to apply.

## BASIC BANKING PACKAGE FEES

| Regular Checking Fees | | Your Fees this Statement Period |
|---|---|---|
| Monthly Service Fee* | $12.00 | Waived due to Direct Deposit and Bill Payment |
| Fee for non-Citibank ATM transaction | $2.50 | None |

*To waive the monthly service fee, make one qualifying direct deposit and one qualifying bill payment during the statement period, or maintain $1,500+ in qualifying linked deposit accounts for the previous calendar month. Qualifying bill payments are those made using Citibank Online, Citi Mobile or Citiphone Banking.

All fees assessed in this statement period, including non-Citibank ATM fees, will appear as charges on your next Citibank monthly statement (to the account that is currently debited for your monthly service fee).

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how we determine your monthly fees and charges.

MOHAMMAD A RANA

Account   90591237          Page 2 of 4
Statement Period -  Aug 20 - Sep 17, 2018

010/R1/04F000

## CHECKING ACTIVITY

### Regular Checking

| 90591237 | | Beginning Balance: | $947.22 |
|---|---|---|---|
| | | Ending Balance: | $916.92 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/20 | ACH Electronic Debit<br>NYC FINANCE    PARKING TK 2018230001029201 | 35.00 | | 912.22 |
| 08/21 | Foreign Transaction Fee NADRA          ISLAMABAD    PAK18232 | 4.35 | | |
| 08/21 | Debit Card Purchase 08/18 03:22p #7465<br>NEW YORK STATE DMV    518-4740904  NY 18232<br>Specialty Retail stores | 3.00 | | |
| 08/21 | Debit Card Purchase 08/16 05:38p #7465<br>NADRA          ISLAMABAD    PAK18232<br>Specialty Retail stores | 144.88 | | 759.99 |
| 08/22 | Debit Card Purchase 08/20 04:00p #7465<br>WALMART.COM        800-966-6546  AR 18233<br>Retail stores | 38.80 | | 721.19 |
| 08/23 | Debit Card Purchase 08/21 09:33a #7465<br>GEICO  *AUTO      800-841-3000 DC 18234<br>Misc Business Services | 219.86 | | 501.33 |
| 08/28 | Debit Card Purchase 08/24 08:34p #7465<br>WWW COSTCO COM      800-955-2292 WA 18239<br>Retail stores | 35.51 | | 465.82 |
| 08/29 | Debit Card Purchase 08/27 06:32p #7465<br>NYCDOT PARKING METERS  LONG IS CITY  NY 18240<br>Autos (rental, service, gas) | 0.50 | | 465.32 |
| 09/05 | Debit Card Purchase 09/01 10:01p #7465<br>BLS*JADOOTV      209-523-6688 CA 18247<br>Phones, Cable & Utilities | 4.99 | | 460.33 |
| 09/06 | ACH Electronic Debit PAYPAL      INST XFER  JOSBANKCLOT | 98.50 | | 361.83 |
| 09/12 | ACH Electronic Credit XXSOCIAL SECURITY FOR MOHAMMAD A RANA | | 702.00 | 1,063.83 |
| 09/13 | Debit Card Purchase 09/11 11:14a #7465<br>NYCDOT PARKING METERS  LONG IS CITY  NY 18255<br>Autos (rental, service, gas) | 2.00 | | 1,061.83 |
| 09/14 | Bill Payment CHASE MASTERCARD & VISA      011506 CBOL | 29.91 | | 1,031.92 |
| 09/17 | ACH Electronic Debit<br>NYC FINANCE    PARKING TK 2018257001039221 | 115.00 | | 916.92 |
| | **Total Subtracted/Added** | **732.30** | **702.00** | |

*All transaction times and dates reflected are based on Eastern Time.*

| Overdraft Protection | | |
|---|---|---|
| As of | Source of Coverage | Amount |
| 09/17 | Checking Plus Line of Credit | $2,500 |

*Safety Check transfers will not exceed $99,999.99 per calendar month from your savings account, or per monthly period from your money market to cover overdrafts or use of uncollected funds in your checking account.*

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking
Checking Plus Line of Credit

FOR BILLING INQUIRIES:

CREDIT BUREAU DISPUTES:

YOU CAN CALL:

888-248-4226
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

For Billing Inquiries calling
or e-mailing will not preserve
your rights.

YOU CAN WRITE:

Citibank Client Services
100 Citibank Drive
San Antonio, TX 78245-9966

Citibank
PO Box 769004
San Antonio, TX 78245-9004

Citibank
PO Box 6181
Sioux Falls, SD 57117-6181

MOHAMMAD A RANA

Account 90591237
Statement Period - Aug 20 - Sep 17, 2018

Page 3 of 4

010/R1/04F000

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

## CHECKING AND SAVINGS

**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage.

## CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

## IN CASE OF ERRORS
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The following special procedures apply to errors or questions about international wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013: Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

## LOANS

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:* The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic rate and the corresponding Annual Percentage Rate may vary.

*Interest Charge:* The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from you account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Other Information*
**Checks drawn against a business account are not acceptable as payment for a personal loan obligation.**

*Request for Credit Balance Refunds:* If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown in the Customer Service Information section on your statement.

*Line of Credit (other than Checking Plus), Loans and Mortgages:* Information about these products on this statement is a summary as of your last individual product statement(s). You will continue to receive your regular monthly statement(s).