4.  the amount of judgment, and my client agrees with all other terms and  discussed on the phone.

Please send me Settlement Agreement  TODAY  for my clients signature.

We need to file settlement agreement today.

Thank you for your time and consideration in this matter.


Madhureema Gupta

[Quoted text hidden]

---

**Stephen Ferguson** <Stephen.Ferguson@hnbllc.com>
To: Reema Gupta <madhureemagupta@gmail.com>

Wed, Mar 13, 2019 at 7:46 AM

Ms. Gupta,


Thanks for your email.  I am waiting on approval from DISH for the settlement agreement.  Note that the settlement agreement will not be filed with the Court.  The stipulation for entry of final judgment and permanent injunction with the proposed order (attached as Exhibit 1 to the settlement agreement) will be filed with the Court after DISH confirms that they received the initial $5,000 wire transfer.  If the settlement agreement is signed today and Mr. Rana makes the initial $5,000 wire transfer today then we might be able to file the stipulation tomorrow.


I will send you the settlement agreement as soon as I get approval from DISH.


Best Regards,


Stephen M. Ferguson

Hagan Noll & Boyle LLC

Two Memorial City Plaza

820 Gessner, Suite 940

Houston, TX 77024

713.343.0478 T (ext. 102)

713.758.0146 F

www.hnbllc.com


[Quoted text hidden]

**Reema Gupta** <madhureemagupta@gmail.com>
To: Stephen Ferguson <Stephen.Ferguson@hnbllc.com>

Wed, Mar 13, 2019 at 9:55 AM

Hello Mr. Ferguson,

I spoke to Mr. Rana . He said he is willing to wire transfer $5000 to DiSH TODAY. Please let me know how you want the money to be wire transfer . Please let me know the process to wire transfer.

Thank you for your time and consideration.

Madhureema Gupta
[Quoted text hidden]